**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Waste Services, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Competition Carting** <br> **FKA  Frontline Waste Management Corp.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-2131432** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **444 E. Boston Post Road** <br> **Suite 210** <br> **Mamaroneck, NY 10543** <br> Number, Street, City, State & ZIP Code <br><br> **Westchester** <br> County | **Mailing address, if different from principal place of business** <br><br> **PO Box 736** <br> **Yonkers, NY 10710** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **275 Washington Street, Mount Vernon, NY 10550** <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.wasteservices.net** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor **Waste Services, Inc.**     Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

| Debtor | **Waste Services, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?***  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Waste Services, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 13, 2019**
MM / DD / YYYY

X **/s/ Joseph Spiezio, III**          **Joseph Spiezio, III**
Signature of authorized representative of debtor          Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Tracy L. Klestadt**          Date **February 13, 2019**
Signature of attorney for debtor          MM / DD / YYYY

**Tracy L. Klestadt**
Printed name

**Klestadt Winters Jureller Southard & Stevens, LLP**
Firm name

**200 West 41st Street**
**17th Floor**
**New York, NY 10036-7203**
Number, Street, City, State & ZIP Code

Contact phone **(212) 972-3000**          Email address **tklestadt@klestadt.com**

**2089985 NY**
Bar number and State

# WRITTEN CONSENT OF
# THE SOLE DIRECTOR OF WASTE SERVICES, INC.
Dated: February 13, 2019

**WHEREAS**, Joseph Spiezio, III, as the sole director of (the "**Director**") of **Waste Services, Inc.**, a New York corporation, (the "**Company**") has reviewed the materials presented by the management and the advisors of the Company regarding the liquidity challenges presently faced by the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company and the marketability of its business and assets;

**WHEREAS**, the Director has had the opportunity to consult with the management and the advisors of the Company and fully consider each of the strategic alternatives available to the Company;

**WHEREAS**, the Director has approved and consented to the actions set forth below;

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Director, it is desirable and in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"); and it is further

**RESOLVED**, that Joseph Spiezio, III, or such other officers or employees as may be authorized by the Director from time to time (each an "**Authorized Person**" and all being the "**Authorized Persons**") are hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition under Chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**") and to cause the same to filed in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") at such time or in such other jurisdiction as such Authorized Person executing the same shall determine; and it is further

**RESOLVED**, that the law firm of Klestadt Winters Jureller Southard & Stevens, LLP is hereby engaged as general bankruptcy counsel to the Company in the Chapter 11 Case, subject to requisite Bankruptcy Court approval; and it is further

**RESOLVED**, that the law firm of Spolzino Smith Buss & Jacobs LLP is hereby engaged as special corporate and litigation counsel to the Company, subject to requisite Bankruptcy Court approval; and it is further

**RESOLVED**, that the accounting firm of Lawrence Kalkstein CPA is hereby engaged as accountant to the Company, subject to requisite Bankruptcy Court approval; and it is further

**RESOLVED**, that each Authorized Person and any employees or agents (including counsel) designated by or directed by and any such Authorized Person be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case; and it is further

**RESOLVED**, that each of the Authorized Persons is authorized, directed and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to authorize payments on behalf of the Company for all expenses, including filing fees, in each case as in such Authorized Person's judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein; and be it further

**RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing Resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

**IN WITNESS WHEREOF**, the undersigned, being the sole director of the Company, does hereby execute and acknowledge this resolution and express consent to such actions as of February 13, 2019.

_____
Joseph Spiezio, III

# United States Bankruptcy Court
## Southern District of New York

In re **Waste Services, Inc.**  
Debtor(s)

Case No. _____  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Waste Services, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 13, 2019**  
Date

**/s/ Tracy L. Klestadt**  
**Tracy L. Klestadt**  
Signature of Attorney or Litigant  
Counsel for **Waste Services, Inc.**  
**Klestadt Winters Jureller Southard & Stevens, LLP**  
**200 West 41st Street**  
**17th Floor**  
**New York, NY 10036-7203**  
**(212) 972-3000 Fax:(212) 972-2245**  
**tklestadt@klestadt.com**

# United States Bankruptcy Court
## Southern District of New York

In re **Waste Services, Inc.**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Joseph Spiezio, III<br>444 E. Boston Post Road<br>Suite 210<br>Mamaroneck, NY 10543 | | | 100 % ownership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 13, 2019**

Signature **/s/ Joseph Spiezio, III**  
**Joseph Spiezio, III**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Waste Services, Inc.** | |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Trustees of the Local 813 Insurance Trus c/o Proskauer Rose LLP Eleven Times Square New York, NY 10036** | **Attn: Anthony S. Cacace, Esq.** acacace@proskauer.com 212-969-3307 | **Settlement agreement** | | | | $1,550,000.00 |
| **Waste Management PO Box 13648 Philadelphia, PA 19101** | **Attn: Keith Higgins** (718) 533-5291 | unpaid invoices | | | | $280,581.23 |
| **Gabrielli Truck Sales 153-20 South Conduit Avenue Jamaica, NY 11434** | **Attn: Linda Mazza** lmazza@gabriellitruck.com (866) 225-2419 | unpaid invoices | | | | $34,186.76 |
| **Tire Buys 283 Lexington Avenue Mount Kisco, NY 10549** | **Anthony Allen** AnthonyAllen@intercitytire.biz 914-666-2153 | unpaid invoices | | | | $32,989.67 |
| **American Express Travel Related Services 200 Vesey Street New York, NY 10285** | **Jaffe & Asher LLP, Dennis Pons** dpons@jaffeandasher.com | settlement agreement | | | | $30,000.00 |
| **Wheelabrator Westchester PO Box 842226 Boston, MA 02284** | **Attn: Angela Lane** alane@wtienergy.com (603) 929-3371 | unpaid invoices | | | | $19,375.57 |
| **Waste Management of NY LLC PO Box 13648 Philadelphia, PA 19101** | **Attn: Keith Higgins** (718) 533-5291 | unpaid invoices | | | | $15,895.03 |

Debtor **Waste Services, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Atlantic States Lubricants**<br>147 Gazza Boulevard<br>Farmingdale, NY 11735 | **Lucille Campbell**<br><br>lucillec1120@live.com<br>**(631) 752-1688** | unpaid invoices | | | | $11,798.95 |
| **Spolzino Smith Buss & Jacobs, LLP**<br>733 Yonkers Avenue Suite 200<br>Yonkers, NY 10704 | **914-476-0600** | unpaid invoices | | | | $9,000.00 |
| **American Express**<br>200 Vesey Street<br>New York, NY 10285 | | credit card | | | | $5,054.00 |
| **Signature Financial LLC**<br>225 Broadhollow Road, Suite 132W<br>Melville, NY 11747 | **(646) 822-1500** | unpaid invoices | | | | $4,684.00 |
| **Orion Energy Corporation**<br>147 Gazza Boulevard<br>Farmingdale, NY 11735 | **Tina Nardi**<br><br>tinan@theoilnet.com<br>**(631) 845-5430** | unpaid invoice | | | | $4,316.59 |
| **American Hose**<br>700 21st Avenue<br>Paterson, NJ 07513 | **Attn: Grissed Liranzo**<br><br>973-684-0214 | unpaid invoices | | | | $3,781.43 |
| **Oak Ridge Hauling, LLC**<br>307 White Street<br>Danbury, CT 06810 | **(203) 743-0405** | unpaid invoices | | | | $3,448.85 |
| **City Carting/Somers Sanitation**<br>PO Box 17250<br>Stamford, CT 06907 | **Judy Wuerth**<br><br>JWuerth@citycart.net<br>**(203) 973-9078** | unpaid invoices | | | | $3,210.90 |
| **Railroad Transfer Inc.**<br>225 Railroad Avenue<br>Bedford Hills, NY 10507 | **Aida Longo**<br><br>aida.bhrtc@gmail.com | unpaid invoices | | | | $3,204.36 |
| **Climax Parts Inc.**<br>PO Box 117H<br>Scarsdale, NY 10583 | **Barry Pfeffer**<br><br>**(914) 491-0692** | unpaid invoices | | | | $2,748.89 |
| **Brewster Paint & Decorating Center**<br>38 Argonne Road<br>Brewster, NY 10509 | **(914) 469-7685** | unpaid invoices | | | | $2,647.34 |

| Debtor | **Waste Services, Inc.** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Clean Energy**<br>**PO Box 678208**<br>**Dallas, TX 75267** | **Sherri Everetts-Short**<br><br>**severetts@cleanenergyfuels.com**<br>**(949) 37-1044** | **unpaid invoices** | | | | $2,630.04 |
| **USMC Insurance**<br>**PO Box 526**<br>**Solebury, PA 18963** | **sahiya@usmcins.com**<br>**(215) 647-9600** | **unpaid invoices** | | | | $2,500.00 |

**Fill in this information to identify the case:**

Debtor name: **Waste Services, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration  **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 13, 2019**      X **/s/ Joseph Spiezio, III**
                                            Signature of individual signing on behalf of debtor

                                            **Joseph Spiezio, III**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

# United States Bankruptcy Court
## Southern District of New York

In re **Waste Services, Inc.**　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **February 13, 2019**　　　　　　　**/s/ Joseph Spiezio, III**
　　　　　　　　　　　　　　　　　　　　**Joseph Spiezio, III**/**President**
　　　　　　　　　　　　　　　　　　　　Signer/Title

121 PARKER AVENUE HOLDINGS, LLC
PO BOX 568
YONKERS, NY 10710


A.P.O.W. TOWING LLC
844 NEPERHAN AVENUE
YONKERS, NY 10703


ADVANTAGE FUNDING COMM. CAP. CORP.
PO BOX 75422
CHICAGO, IL 60675


ALLIED COMPACTOR SERVICES, INC.
407 BROADWAY
MASSAPEQUA PARK, NY 11762


AMERICAN COMPRESSED GAS
834 NEPPERHAN AVENUE
YONKERS, NY 10703


AMERICAN EXPRESS
200 VESEY STREET
NEW YORK, NY 10285


AMERICAN EXPRESS TRAVEL RELATED SERVICES
200 VESEY STREET
NEW YORK, NY 10285


AMERICAN HOSE
700 21ST AVENUE
PATERSON, NJ 07513


AMERICAN WASTE TRANSFER SYSTEMS, LLC
566 NORTH STATE ROAD
BRIARCLIFF MANOR, NY 10510


ATLANTIC HYDRAULICS
684 SAW MILL RIVER ROAD
YONKERS, NY 10710


ATLANTIC STATES LUBRICANTS
147 GAZZA BOULEVARD
FARMINGDALE, NY 11735

BANK DIRECT CAPITAL FINANCE
150 NORTH FIELD DRIVE, SUITE 190
LAKE FOREST, IL 60045


BMO HARRIS BANK N.A.
300 E. JOHN CARPENTER FREEWAY
IRVING, TX 75062


BMO HARRIS BANK N.A.
PO BOX 71951
CHICAGO, IL 60694


BON VENTURE SERVICES LLC
PO BOX 850
FLANDERS, NJ 07836


BREWSTER PAINT & DECORATING CENTER
38 ARGONNE ROAD
BREWSTER, NY 10509


CERTIFIED LABORATORIES
23261 NETWORK PLACE
CHICAGO, IL 60673


CITY CARTING/SOMERS SANITATION
PO BOX 17250
STAMFORD, CT 06907


CLEAN ENERGY
PO BOX 678208
DALLAS, TX 75267


CLIMAX PARTS INC.
PO BOX 117H
SCARSDALE, NY 10583


CONCORDE INC.
1835 MARKET STREET, SUITE 1200
PHILADELPHIA, PA 19103


D B HYDRAULIC EQUIPMENT, INC.
30 S. SIXTH AVENUE
MOUNT VERNON, NY 10550

DE LAGE LADEN FINANCIAL SERVICES, INC.
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

ECSI AMERICA, INC.
444 E. BOSTON POST ROAD
SUITE 210
MAMARONECK, NY 10543

GABRIELLI TRUCK SALES
153-20 SOUTH CONDUIT AVENUE
JAMAICA, NY 11434

GAINES NOVICK PONZINI COSSU VENDITTI LLP
1133 WESTCHESTER AVENUE, SUITE N202
WEST HARRISON, NY 10604

GOOSETOWN COMMUNICATIONS
58 N. HARRISON AVENUE
CONGERS, NY 10920

J. SPIEZIO & SON, LLC
17732 HIGHLAND ROAD
BATON ROUGE, LA 70810

JAFFE & ASHER LLP
ATTN: DENNIS C. PONS, ESQ.
600 THIRD AVENUE, 9TH FLOOR
NEW YORK, NY 10016

JOHN VALENTINO
C/O ELEFANTE & PERSANIS
141 HILLSIDE PLACE
EASTCHESTER, NY 10709

JOSEPH SPIEZIO, III
444 E. BOSTON POST ROAD
SUITE 210
MAMARONECK, NY 10543

JTL USA
210 S. BROADWAY
YONKERS, NY 10705

JTL USA
131-21 14TH AVENUE
COLLEGE POINT, NY 11356


LOCAL 813 INSURANCE TRUST FUND
C/O PROSKAUER ROSE LLP
ELEVEN TIMES SQUARE
NEW YORK, NY 10036


LOCAL 813 PENSION TRUST
48-18 VAN DAM STREET
SUITE 201
LONG ISLAND CITY, NY 11101-3107


LONG BEACH ROAD HOLDINGS, LLC
PO BOX 568
YONKERS, NY 10710


MACK FINANCIAL SERVICES
PO BOX 7247-0236
PHILADELPHIA, PA 19170


MT. KISCO TRUCK & AUTO PARTS
135 KISCO AVENUE
MOUNT KISCO, NY 10549


NATIONAL LABOR RELATIONS BOARD
ATT: MICHAEL BILIK
26 FEDERAL PLAZA, SUITE 3614
NEW YORK, NY 10278


NATIONAL LABOR RELATIONS BOARD
1099 14TH ST N.W.
SUITE 10700
NEW YORK, NY 10270


NATIONAL LABOR RELATIONS BOARD
1015 HALF STREET, SE
WASHINGTON, DC 20570


NEW HORIZON COMMUNICATIONS
PO BOX 981073
BOSTON, MA 02298

NURSES AND LOCAL 813
RETIREMENT TRUST FUND


NYSEG
PO BOX 11745
NEWARK, NJ 07101


OAK RIDGE HAULING, LLC
307 WHITE STREET
DANBURY, CT 06810


ONE STOP HOSE & HYDRAULICS, LLC
PO BOX 826
SOUTH SALEM, NY 10590


ORION ENERGY CORPORATION
147 GAZZA BOULEVARD
FARMINGDALE, NY 11735


PINNACLE EQUITY GROUP LLC
PO BOX 568
YONKERS, NY 10710


PITNEY BOWES
PO BOX 371874
PITTSBURGH, PA 15250


PITNEY BOWES GLOBAL
PO BOX 317887
PITTSBURGH, PA 15250


PROSKAUER ROSE LLP
ATT: ANTHONY S. CACACE, ESQ.
ELEVEN TIMES SQUARE
NEW YORK, NY 10036


PUTNAM RADIATOR
287 ROUTE 6
MAHOPAC, NY 10541


R&S WASTE SERVICES, LLC
444 E. BOSTON POST ROAD
SUITE 210
MAMARONECK, NY 10543

RAILROAD TRANSFER INC.
225 RAILROAD AVENUE
BEDFORD HILLS, NY 10507


SIGNATURE FINANCIAL LLC
225 BROADHOLLOW ROAD, SUITE 132W
MELVILLE, NY 11747


SK PARKER HOLDINGS, LLC
121 PARKER AVENUE
POUGHKEEPSIE, NY 12601


SPIEZIO FAMILY HOLDINGS LLC
444 E. BOSTON POST ROAD
SUITE 210
MAMARONECK, NY 10543


SPOLZINO SMITH BUSS & JACOBS, LLP
733 YONKERS AVENUE
SUITE 200
YONKERS, NY 10704


STAPLES
PO BOX 415256
BOSTON, MA 02241


STEARNS BANK
PO BOX 750
ALBANY, MN 56307


STERLING NATIONAL BANK
400 RELLA BLVD.
MONTEBELLO, NY 10901


THE WESTCHESTER BANK
12 WATER STREET
WHITE PLAINS, NY 10601


TIRE BUYS
283 LEXINGTON AVENUE
MOUNT KISCO, NY 10549


TREMSON RECYCLING LLC
3675 DANBURY ROAD
BREWSTER, NY 10509

TRUSTEES OF THE LOCAL 813 INSURANCE TRUS
C/O PROSKAUER ROSE LLP
ELEVEN TIMES SQUARE
NEW YORK, NY 10036


USMC INSURANCE
PO BOX 526
SOLEBURY, PA 18963


VERIZON
PO BOX 15124
ALBANY, NY 12212


VILLAGE OF PELHAM
195 SPARKS AVENUE
PELHAM, NY 10803


VILLAGE OF RYE BROOK
938 KING STREET
RYE BROOK, NY 10573


WASTE MANAGEMENT
PO BOX 13648
PHILADELPHIA, PA 19101


WASTE MANAGEMENT OF NY LLC
PO BOX 13648
PHILADELPHIA, PA 19101


WASTE SERVICES OF WESTCHESTER, INC.
444 E. BOSTON POST ROAD
SUITE 210
MAMARONECK, NY 10543


WESTCHESTER SOLID WASTE COMMISSION
112 EAST POST ROAD
3RD FLOOR
WHITE PLAINS, NY 10601


WHEELABRATOR WESTCHESTER
PO BOX 842226
BOSTON, MA 02284