**Fill in this information to identify the case:**

Debtor name   **Waste Services, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $     **4,973,284.04**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................... $     **4,973,284.04**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **4,366,958.17**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     **3,287,342.12**

4. **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b     $     **7,654,300.29**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
    Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of account
                                                                                number

|  |  |  |  |
|---|---|---|---|
| 3.1.  **The Westchester Bank** | | | $0.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        | $0.00 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | 813,284.04 | - | 0.00 | = .... | $813,284.04 |
|---|---|---|---|---|---|
|  | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

12.     **Total of Part 3.**

| | $813,284.04 |
|---|---|

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No.  Go to Part 8.
- ☐ Yes Fill in the information below.

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No.  Go to Part 9.
- ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2000 Mack Packer**<br>**VIN: 1M2K195C4YM015078** | $35,000.00 | | $35,000.00 |
| 47.2.   **2014 Hino Rotator**<br>**VIN: 5PVNJ8JV0E4S56375** | $75,000.00 | | $75,000.00 |
| 47.3.   **2012 Mack Roll-Off**<br>**VIN: 1M2AX04C6CM012506** | $125,000.00 | | $125,000.00 |
| 47.4.   **2012 Mack Roll-Off**<br>**VIN: 1M2AX04C2CM012505** | $125,000.00 | | $125,000.00 |
| 47.5.   **2012 Mack Roll-Off**<br>**VIN: 1M2AX04C4CM012504** | $125,000.00 | | $125,000.00 |

| | | | | |
|---|---|---|---|---|
| 47.6. | **2012 Mack Roll-Off**<br>**VIN: 1M2AX04C5CM011752** | **$125,000.00** | | **$125,000.00** |
| 47.7. | **2004 Mack Roll-Off**<br>**VIN: 1M2AG11C84M011272** | **$40,000.00** | | **$40,000.00** |
| 47.8. | **2001 Ford Service**<br>**VIN: 1FDAF56F01ED00293** | **$20,000.00** | | **$20,000.00** |
| 47.9. | **1997 GMC Service**<br>**VIN: 1GDJG31R7V1082630** | **$5,000.00** | | **$5,000.00** |
| 47.10. | **2007 Peter Hook**<br>**VIN: 2NPLHZ7X37M739026** | **$35,000.00** | | **$35,000.00** |
| 47.11. | **2015 Sterling Roll-Off**<br>**VIN: 2FZMAZDE25AU04117** | **$35,000.00** | | **$35,000.00** |
| 47.12. | **1989 PTRB Roll-Off**<br>**VIN: 1XPAL20X9KN275536** | **$25,000.00** | | **$25,000.00** |
| 47.13. | **1998 GMC Rotator**<br>**VIN: 1GDJ7H1J8WJ504526** | **$5,000.00** | | **$5,000.00** |
| 47.14. | **2000 Mack Front-Load**<br>**VIN: 1M2K195C5YM015803** | **$35,000.00** | | **$35,000.00** |
| 47.15. | **1998 Inter Rotator**<br>**VIN: 1HTSCAAN8WH510626** | **$5,000.00** | | **$5,000.00** |
| 47.16. | **2001 Mack Front-Load**<br>**VIN: 1M2K185C11M008721** | **$35,000.00** | | **$35,000.00** |
| 47.17. | **2001 Mack Packer**<br>**Vin: 1M2K185C01M008631** | **$25,000.00** | | **$25,000.00** |
| 47.18. | **2001 Mack Packer**<br>**Vin: 1M2K185C21M008405** | **$25,000.00** | | **$25,000.00** |
| 47.19. | **2000 Mack Packer**<br>**Vin: 1M2K195C9YM015075** | **$25,000.00** | | **$25,000.00** |
| 47.20. | **2015 Mack MRU633 Front-Load**<br>**Vin: 1M2AV17C3FM010921**<br>**Truck # FL50** | **$68,091.60** | | **$225,000.00** |

| | | | |
|---|---|---|---|
| 47.21 · | **2015 Mack Front-Load**<br>**Vin: 1M2AV17C1FM010920**<br>**Truck # FL51** | $108,886.99 | $225,000.00 |
| 47.22 · | **2016 Mack Front-Load**<br>**Vin: 1M2AV02CXGM013334**<br>**Truck # FL53** | $100,467.10 | $225,000.00 |
| 47.23 · | **2015 Mack Packer**<br>**Vin: 1M2AV04C7FM012816**<br>**Truck # G001** | $78,297.10 | $200,000.00 |
| 47.24 · | **2014 Mack Front-Load**<br>**Vin: 1M2AV17C6EM010720**<br>**Truck # FL52** | $75,704.27 | $200,000.00 |
| 47.25 · | **2014 Mack Split-Packer**<br>**Vin: 1M2AU04C3EM0008070**<br>**Truck # SP243** | $29,315.42 | $200,000.00 |
| 47.26 · | **2015 AutoCar ACX64 Packer**<br>**Vin: 5VCACLSF6FH219427**<br>**Truck # G54** | $14,687.76 | $200,000.00 |
| 47.27 · | **2014 AutoCar ACX ISX-G REL Packer**<br>**Vin: 5VCACLSF6EH217482**<br>**Truck # G53** | $41,848.29 | $185,000.00 |
| 47.28 · | **2015 AutoCar McNelius XC32RL**<br>**Vin: 5VCACLSF7FH219422**<br>**Truck # G57** | $522.58 | $200,000.00 |
| 47.29 · | **2015 AutoCar McNelius XC32RL Packer**<br>**Vin: 5VCACLSF0FH219424**<br>**Truck # G56** | $522.58 | $200,000.00 |
| 47.30 · | **2015 AutoCar McNelius XC32RL Packer**<br>**Vin: 5VCACLSF8FH219428**<br>**Truck # G58** | $522.58 | $200,000.00 |
| 47.31 · | **2010 AutoCar ACX R-9030-2 Split-Packer**<br>**Vin: 5VCACLKF9AH210648**<br>**Truck # SP242** | $28,468.76 | $100,000.00 |
| 47.32 · | **2015 Mack MRU633 Packer**<br>**Vin: 1M2AV17C6FM010895**<br>**Truck # G51**<br><br>**2015 Mack MRU633 Packer**<br>**Vin: 1M2AV17C8FM010896**<br>**Truck # G52** | $87,709.02 | $425,000.00 |

| | | |
|---|---|---|
| 47.33 **2015 AutoCar ACX Packer** | | |
| ·     **Vin: 5VCACLSF4FH219426** | | |
|      **Truck # G55** | **$33,415.66** | **$200,000.00** |

| | | |
|---|---|---|
| 47.34 **2015 Mack GU713 Roll-Off** | | |
| ·     **Vin: 1M2AX04C1FM024843** | | |
|      **Truck # R05** | **$90,805.44** | **$200,000.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **Miscellaneous tools** | **$0.00** | **$25,000.00** |
| **Miscellaneous supplies** | **$0.00** | **$25,000.00** |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    | |
    |---|
    | **$4,160,000.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:      Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:      Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** **www.wasteservices.net** | **Unknown** | | **Unknown** |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| | | |
| --- | --- | --- |
| **Customer list** | $0.00 | Unknown |

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
| --- |
| $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ■ Yes Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

71. **Notes receivable**
   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

| | |
| --- | --- |
| **Commercial General Liability** | Unknown |
| **Automobile Liability** | Unknown |
| **Umbrella Liability/Excess Liability** | Unknown |
| **Workers Compensation and Employers' Liability** | Unknown |
| **Disability** | Unknown |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

75.     **Other contingent and unliquidated claims or causes of action of
        every nature, including counterclaims of the debtor and rights to
        set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets,
        country club membership

        **Westchester County Solid Waste Commission license**                                    **Unknown**

_____

78.     **Total of Part 11.**                                                                    | $0.00 |

        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

        ■ No
        ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $813,284.04 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,160,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,973,284.04 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,973,284.04 |

Debtor name **Waste Services, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Advantage Funding Comm. Cap. Corp.** | | |
|---|---|---|---|

Creditor's Name

**PO Box 75422
Chicago, IL 60675**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2015 AutoCar ACX64 Packer
Vin: 5VCACLSF6FH219427
Truck # G54**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$185,312.24 | $200,000.00

| 2.2 | **Advantage Funding Comm. Cap. Corp.** | | |
|---|---|---|---|

Creditor's Name

**PO Box 75422
Chicago, IL 60675**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2014 AutoCar ACX ISX-G REL Packer
Vin: 5VCACLSF6EH217482
Truck # G53**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$143,151.71 | $185,000.00

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | **Waste Services, Inc.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Bank Direct Capital Finance** | Describe debtor's property that is subject to a lien | $118,012.32 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Commercial General Liability** | | |
| | **150 North Field Drive, Suite 190** | | | |
| | **Lake Forest, IL 60045** | | | |
| | Creditor's mailing address | Describe the lien | | |

| | | Is the creditor an insider or related party? |
|---|---|---|

☑ No
☐ Yes
**Is anyone else liable on this claim?**

Creditor's email address, if known

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **BMO Harris Bank N.A.** | Describe debtor's property that is subject to a lien | $170,684.58 | $200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2014 Mack Split-Packer** | | |
| | **300 E. John Carpenter Freeway** | **Vin: 1M2AU04C3EM0008070** | | |
| | **Irving, TX 75062** | **Truck # SP243** | | |
| | Creditor's mailing address | Describe the lien | | |

Is the creditor an insider or related party?

☑ No
☐ Yes
**Is anyone else liable on this claim?**

Creditor's email address, if known

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **De Lage Laden Financial Services, Inc.** | Describe debtor's property that is subject to a lien | $124,295.73 | $200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2014 Mack Front-Load** | | |
| | **1111 Old Eagle School Road** | **Vin: 1M2AV17C6EM010720** | | |
| | **Wayne, PA 19087** | **Truck # FL52** | | |
| | Creditor's mailing address | Describe the lien | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known _____

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.6 | **De Lage Laden Financial Services, Inc.** | Describe debtor's property that is subject to a lien | $121,702.90 | $200,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Road**
**Wayne, PA 19087**

**2015 Mack Packer**
**Vin: 1M2AV04C7FM012816**
**Truck # G001**

Creditor's mailing address

**Describe the lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known _____

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.7 | **De Lage Laden Financial Services, Inc.** | Describe debtor's property that is subject to a lien | $124,532.90 | $225,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Road**
**Wayne, PA 19087**

**2016 Mack Front-Load**
**Vin: 1M2AV02CXGM013334**
**Truck # FL53**

Creditor's mailing address

**Describe the lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known _____

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.8 | **Mack Financial Services** | Describe debtor's property that is subject to a lien | $156,908.40 | $225,000.00 |
|---|---|---|---|---|

Creditor's Name

**2015 Mack MRU633 Front-Load**
**Vin:  1M2AV17C3FM010921**
**Truck # FL50**

**PO Box 7247-0236**
**Philadelphia, PA 19170**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Mack Financial Services** | Describe debtor's property that is subject to a lien | $116,113.01 | $225,000.00 |
|---|---|---|---|---|

Creditor's Name

**2015 Mack Front-Load**
**Vin:  1M2AV17C1FM010920**
**Truck # FL51**

**PO Box 7247-0236**
**Philadelphia, PA 19170**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Mack Financial Services** | Describe debtor's property that is subject to a lien | $337,290.98 | $425,000.00 |
|---|---|---|---|---|

Creditor's Name

**2015 Mack MRU633 Packer**
**Vin: 1M2AV17C6FM010895**
**Truck # G51**

**2015 Mack MRU633 Packer**
**Vin: 1M2AV17C8FM010896**
**Truck # G52**

**PO Box 7247-0236**
**Philadelphia, PA 19170**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.1 1**

**Mack Financial Services**

Creditor's Name

**PO Box 7247-0236**
**Philadelphia, PA 19170**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**2015 AutoCar ACX Packer**
**Vin: 5VCACLSF4FH219426**
**Truck # G55**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$166,584.34     $200,000.00

---

**2.1 2**

**Mack Financial Services**

Creditor's Name

**PO Box 7247-0236**
**Philadelphia, PA 19170**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**

**2015 Mack GU713 Roll-Off**
**Vin: 1M2AX04C1FM024843**
**Truck # R05**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$109,194.56     $200,000.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **National Labor Relations Board** | | | |
|---|---|---|---|---|

Creditor's Name

**Att: Michael Bilik
26 Federal Plaza, Suite 3614
New York, NY 10278**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Collateral is various vehicles**

$673,211.00      $200,000.00

**Describe the lien**
**Prejudgment Writ of Attachment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 4 | **Pinnacle Equity Group LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**PO Box 568
Yonkers, NY 10710**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**All receivables, trucks registered to Waste Services, Inc. and containers**

$850,000.00      $0.00

**Describe the lien**
**money loaned**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Signature Financial LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**225 Broadhollow Road, Suite 132W
Melville, NY 11747**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2015 AutoCar McNelius XC32RL
Vin: 5VCACLSF7FH219422
Truck # G57**

$199,477.42      $200,000.00

**Describe the lien**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?

■ No

**Date debt was incurred**
**12/9/15**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3935**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.1 6 | **Stearns Bank** | Describe debtor's property that is subject to a lien | $71,531.24 | $100,000.00 |
|---|---|---|---|---|

Creditor's Name

**2010 AutoCar ACX R-9030-2 Split-Packer**
**Vin: 5VCACLKF9AH210648**
**Truck # SP242**

**PO Box 750**
**Albany, MN 56307**

Creditor's mailing address

**Describe the lien**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known
_____

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.1 7 | **Sterling National Bank** | Describe debtor's property that is subject to a lien | $199,477.42 | $200,000.00 |
|---|---|---|---|---|

Creditor's Name

**2015 AutoCar McNelius XC32RL Packer**
**Vin: 5VCACLSF8FH219428**
**Truck # G58**

**400 Rella Blvd.**
**Montebello, NY 10901**

Creditor's mailing address

**Describe the lien**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known
_____

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| 2.18 | **Sterling National Bank** | Describe debtor's property that is subject to a lien | $199,477.42 | $200,000.00 |

**Sterling National Bank**
Creditor's Name

**400 Rella Blvd.**
**Montebello, NY 10901**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2015 AutoCar McNelius XC32RL Packer**
**Vin: 5VCACLSF0FH219424**
**Truck # G56**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.19 | **The Westchester Bank** | Describe debtor's property that is subject to a lien | $300,000.00 | $813,284.04 |

**The Westchester Bank**
Creditor's Name

**12 Water Street**
**White Plains, NY 10601**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**90 days or less: Customer accounts receivable as of February 13, 2019**

Describe the lien
**Commercial Security Agreement**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**05-30-2018**
Last 4 digits of account number
**7007**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $4,366,958.17 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **National Labor Relations Board**<br>**1099 14th St N.W.**<br>**Suite 10700**<br>**New York, NY 10270** | Line  __2.13__ | |
| **National Labor Relations Board**<br>**1015 Half Street, SE**<br>**Washington, DC 20570** | Line  __2.13__ | |

**Fill in this information to identify the case:**

Debtor name   **Waste Services, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

  **1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

      ■ No. Go to Part 2.

      ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

  **3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
      out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,108.72** |
|     **A.P.O.W. Towing LLC** <br>     **844 Neperhan Avenue** <br>     **Yonkers, NY 10703** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
|     Date(s) debt was incurred | Basis for the claim:   unpaid invoices | |
|     Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.2**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$641.67** |
|     **Allied Compactor Services, Inc.** <br>     **407 Broadway** <br>     **Massapequa Park, NY 11762** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
|     Date(s) debt was incurred _ | Basis for the claim:   unpaid invoice | |
|     Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.3**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$398.48** |
|     **American Compressed Gas** <br>     **834 Nepperhan Avenue** <br>     **Yonkers, NY 10703** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
|     Date(s) debt was incurred _ | Basis for the claim:   unpaid invoice | |
|     Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.4**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,054.00** |
|     **American Express** <br>     **200 Vesey Street** <br>     **New York, NY 10285** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
|     Date(s) debt was incurred _ | Basis for the claim:   credit card | |
|     Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
| --- | --- | --- | --- |

**American Express Travel Related Services**
**200 Vesey Street**
**New York, NY 10285**

Date(s) debt was incurred  9/17/2018

Last 4 digits of account number  1002

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  settlement agreement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,781.43 |
| --- | --- | --- | --- |

**American Hose**
**700 21st Avenue**
**Paterson, NJ 07513**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  unpaid invoices

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,102.32 |
| --- | --- | --- | --- |

**American Waste Transfer Systems, LLC**
**566 North State Road**
**Briarcliff Manor, NY 10510**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  unpaid invoices

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $895.26 |
| --- | --- | --- | --- |

**Atlantic Hydraulics**
**684 Saw Mill River Road**
**Yonkers, NY 10710**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  unpaid invoices

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,798.95 |
| --- | --- | --- | --- |

**Atlantic States Lubricants**
**147 Gazza Boulevard**
**Farmingdale, NY 11735**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  unpaid invoices

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413.40 |
| --- | --- | --- | --- |

**Bon Venture Services LLC**
**PO Box 850**
**Flanders, NJ 07836**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  unpaid invoices

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,647.34 |
| --- | --- | --- | --- |

**Brewster Paint & Decorating Center**
**38 Argonne Road**
**Brewster, NY 10509**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  unpaid invoices

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,340.64 |
|---|---|---|---|

**Certified Laboratories**
23261 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __unpaid invoices__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,210.90 |
|---|---|---|---|

**City Carting/Somers Sanitation**
PO Box 17250
Stamford, CT 06907

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __unpaid invoices__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,630.04 |
|---|---|---|---|

**Clean Energy**
PO Box 678208
Dallas, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __unpaid invoices__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,748.89 |
|---|---|---|---|

**Climax Parts Inc.**
PO Box 117H
Scarsdale, NY 10583

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __unpaid invoices__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.96 |
|---|---|---|---|

**Concorde Inc.**
1835 Market Street, Suite 1200
Philadelphia, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __unpaid invoices__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $126.90 |
|---|---|---|---|

**D B Hydraulic Equipment, Inc.**
30 S. Sixth Avenue
Mount Vernon, NY 10550

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __unpaid invoices__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,186.76 |
|---|---|---|---|

**Gabrielli Truck Sales**
153-20 South Conduit Avenue
Jamaica, NY 11434

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __unpaid invoices__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gaines Novick Ponzini Cossu Venditti LLP**
**1133 Westchester Avenue, Suite N202**
**West Harrison, NY 10604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **unpaid invoices**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $579.83 |
|---|---|---|---|

**Goosetown Communications**
**58 N. Harrison Avenue**
**Congers, NY 10920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **unpaid invoices**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John Valentino**
**c/o Elefante & Persanis**
**141 Hillside Place**
**Eastchester, NY 10709**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Alleged wage and overtime claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $504.00 |
|---|---|---|---|

**JTL USA**
**210 S. Broadway**
**Yonkers, NY 10705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **unpaid invoices**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $253.18 |
|---|---|---|---|

**Mt. Kisco Truck & Auto Parts**
**135 Kisco Avenue**
**Mount Kisco, NY 10549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **unpaid invoices**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.53 |
|---|---|---|---|

**New Horizon Communications**
**PO Box 981073**
**Boston, MA 02298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **unpaid invoices**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27.48 |
|---|---|---|---|

**NYSEG**
**PO Box 11745**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **unpaid invoices**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,448.85** |
|------|------|------|------|
| | **Oak Ridge Hauling, LLC** | ☐ Contingent | |
| | **307 White Street** | ☐ Unliquidated | |
| | **Danbury, CT 06810** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __unpaid invoices__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,285.89** |
|------|------|------|------|
| | **One Stop Hose & Hydraulics, LLC** | ☐ Contingent | |
| | **PO Box 826** | ☐ Unliquidated | |
| | **South Salem, NY 10590** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __unpaid invoices__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,316.59** |
|------|------|------|------|
| | **Orion Energy Corporation** | ☐ Contingent | |
| | **147 Gazza Boulevard** | ☐ Unliquidated | |
| | **Farmingdale, NY 11735** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __unpaid invoices__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,250,000.00** |
|------|------|------|------|
| | **Pinnacle Equity Group LLC** | ☐ Contingent | |
| | **PO Box 568** | ☐ Unliquidated | |
| | **Yonkers, NY 10710** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$529.99** |
|------|------|------|------|
| | **Pitney Bowes** | ☐ Contingent | |
| | **PO Box 371874** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15250** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __unpaid invoices__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,620.21** |
|------|------|------|------|
| | **Putnam Radiator** | ☐ Contingent | |
| | **287 Route 6** | ☐ Unliquidated | |
| | **Mahopac, NY 10541** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __unpaid invoices__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,204.36** |
|------|------|------|------|
| | **Railroad Transfer Inc.** | ☐ Contingent | |
| | **225 Railroad Avenue** | ☐ Unliquidated | |
| | **Bedford Hills, NY 10507** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __unpaid invoices__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Signature Financial LLC**<br>**225 Broadhollow Road, Suite 132W**<br>**Melville, NY 11747** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,684.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __unpaid invoices__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Spolzino Smith Buss & Jacobs, LLP**<br>**733 Yonkers Avenue**<br>**Suite 200**<br>**Yonkers, NY 10704** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,000.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __unpaid invoices__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Staples**<br>**PO Box 415256**<br>**Boston, MA 02241** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$301.64** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __unpaid invoices__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Tire Buys**<br>**283 Lexington Avenue**<br>**Mount Kisco, NY 10549** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$32,989.67** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __unpaid invoices__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Tremson Recycling LLC**<br>**3675 Danbury Road**<br>**Brewster, NY 10509** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$600.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __unpaid invoices__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Trustees of the Local 813 Insurance Trus**<br>**c/o Proskauer Rose LLP**<br>**Eleven Times Square**<br>**New York, NY 10036** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,550,000.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Settlement agreement__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**USMC Insurance**<br>**PO Box 526**<br>**Solebury, PA 18963** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,500.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __unpaid invoices__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$218.41** |
|---|---|---|---|

**Verizon**
**PO Box 15124**
**Albany, NY 12212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __unpaid invoices__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$280,581.23** |
|---|---|---|---|

**Waste Management**
**PO Box 13648**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __unpaid invoices__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,895.03** |
|---|---|---|---|

**Waste Management of NY LLC**
**PO Box 13648**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __unpaid invoices__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Westchester Solid Waste Commission**
**112 East Post Road**
**3rd Floor**
**White Plains, NY 10601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,375.57** |
|---|---|---|---|

**Wheelabrator Westchester**
**PO Box 842226**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __unpaid invoices__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Jaffe & Asher LLP**<br>**Attn: Dennis C. Pons, Esq.**<br>**600 Third Avenue, 9th Floor**<br>**New York, NY 10016** | Line __3.5__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **JTL USA**<br>**131-21 14th Avenue**<br>**College Point, NY 11356** | Line __3.22__<br><br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|--------------------------|------------------------------------|-----------|
| 4.3 | **Local 813 Pension Trust**<br>**48-18 Van Dam Street**<br>**Suite 201**<br>**Long Island City, NY 11101-3107** | Line __**3.38**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Nurses and Local 813**<br>**Retirement Trust Fund** | Line __**3.38**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Pitney Bowes Global**<br>**PO Box 317887**<br>**Pittsburgh, PA 15250** | Line __**3.30**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Proskauer Rose LLP**<br>**Att:  Anthony S. Cacace, Esq.**<br>**Eleven Times Square**<br>**New York, NY 10036** | Line __**3.38**__<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.**  Add the amounts of priority and nonpriority unsecured claims.

| | | | | Total of claim amounts |
|---|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | | 5b. + | $ | 3,287,342.12 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | | 5c. | $ | 3,287,342.12 |

Fill in this information to identify the case:

Debtor name **Waste Services, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2014 AutoCar ACMD42 Packer Vin: 516M3LLE1EH217626 Truck # G50** |
| State the term remaining | |
| List the contract number of any government contract | **BMO Harris Bank N.A. PO Box 71951 Chicago, IL 60694** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2016 Mack MRU613 Front Load Vin: 1M2AV02C2GM014249 Truck # FL54** |
| State the term remaining | |
| List the contract number of any government contract | **BMO Harris Bank N.A. PO Box 71951 Chicago, IL 60694** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2015 Mack MRU613 Packer Vin: 1M2AV04CXFM012812 Truck # G002** |
| State the term remaining | |
| List the contract number of any government contract | **BMO Harris Bank N.A. PO Box 71951 Chicago, IL 60694** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Settlement Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Local 813 Insurance Trust Fund c/o Proskauer Rose LLP Eleven Times Square New York, NY 10036** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for garbage, bulk trash, recycling, and organize waste collection** | |
|---|---|---|---|
| | State the term remaining | **Effective 3/1/2018 - 2/29/2020** | **Village of Pelham** |
| | List the contract number of any government contract | **2017-02** | **195 Sparks Avenue** **Pelham, NY 10803** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for residential and municipal sanitation collection including recycling, bulk trash, and organic yard waste.** | |
|---|---|---|---|
| | State the term remaining | | **Village of Rye Brook** |
| | List the contract number of any government contract | **18-01** | **938 King Street** **Rye Brook, NY 10573** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **121 Parker Avenue Holdings, LLC** | **PO Box 568 Yonkers, NY 10710** | **Trustees of the Local 813 Insurance Trus** | ☐ D _____ ■ E/F __3.38__ ☐ G _____ |
| 2.2 **ECSI America, Inc.** | **444 E. Boston Post Road Suite 210 Mamaroneck, NY 10543** | **National Labor Relations Board** | ■ D __2.13__ ☐ E/F _____ ☐ G _____ |
| 2.3 **ECSI America, Inc.** | **444 E. Boston Post Road Suite 210 Mamaroneck, NY 10543** | **John Valentino** | ☐ D _____ ■ E/F __3.21__ ☐ G _____ |
| 2.4 **J. Spiezio & Son, LLC** | **17732 Highland Road Baton Rouge, LA 70810** | **Trustees of the Local 813 Insurance Trus** | ☐ D _____ ■ E/F __3.38__ ☐ G _____ |

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.5 | Joseph Spiezio, III | 444 E. Boston Post Road Suite 210 Mamaroneck, NY 10543 | John Valentino | ☐ D _____ ■ E/F __3.21__ ☐ G _____ |
| 2.6 | Joseph Spiezio, III | 444 E. Boston Post Road Suite 210 Mamaroneck, NY 10543 | Trustees of the Local 813 Insurance Trus | ☐ D _____ ■ E/F __3.38__ ☐ G _____ |
| 2.7 | Long Beach Road Holdings, LLC | PO Box 568 Yonkers, NY 10710 | Trustees of the Local 813 Insurance Trus | ☐ D _____ ■ E/F __3.38__ ☐ G _____ |
| 2.8 | Pinnacle Equity Group LLC | PO Box 568 Yonkers, NY 10710 | Trustees of the Local 813 Insurance Trus | ☐ D _____ ■ E/F __3.38__ ☐ G _____ |
| 2.9 | R&S Waste Services, LLC | 444 E. Boston Post Road Suite 210 Mamaroneck, NY 10543 | Trustees of the Local 813 Insurance Trus | ☐ D _____ ■ E/F __3.38__ ☐ G _____ |
| 2.10 | R&S Waste Services, LLC | 444 E. Boston Post Road Suite 210 Mamaroneck, NY 10543 | National Labor Relations Board | ■ D __2.13__ ☐ E/F _____ ☐ G _____ |
| 2.11 | R&S Waste Services, LLC | 444 E. Boston Post Road Suite 210 Mamaroneck, NY 10543 | Trustees of the Local 813 Insurance Trus | ☐ D _____ ■ E/F __3.38__ ☐ G _____ |

| Debtor | **Waste Services, Inc.** | Case number *(if known)* |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**        *Column 2:* **Creditor**

| | Codebtor | Address | Creditor | | |
|---|---|---|---|---|---|
| 2.12 | **SK Parker Holdings, LLC** | **121 Parker Avenue Poughkeepsie, NY 12601** | **Trustees of the Local 813 Insurance Trus** | ☐ D _____<br>■ E/F __3.38__<br>☐ G _____ | |
| 2.13 | **Spiezio Family Holdings LLC** | **444 E. Boston Post Road Suite 210 Mamaroneck, NY 10543** | **Trustees of the Local 813 Insurance Trus** | ☐ D _____<br>■ E/F __3.38__<br>☐ G _____ | |
| 2.14 | **Waste Services of Westchester, Inc.** | **444 E. Boston Post Road Suite 210 Mamaroneck, NY 10543** | **Trustees of the Local 813 Insurance Trus** | ☐ D _____<br>■ E/F __3.38__<br>☐ G _____ | |

Fill in this information to identify the case:

Debtor name __**Waste Services, Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**February 13, 2019**__       *X* **/s/ Joseph Spiezio, III**
                                             Signature of individual signing on behalf of debtor

                                             **Joseph Spiezio, III**
                                             Printed name

                                             **President**
                                             Position or relationship to debtor