| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Waste Services, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$750,000.00** |
   | **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$6,897,417.94** |
   | **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$9,972,499.92** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | | | | |

| Debtor | Waste Services, Inc. | Case number *(if known)* | |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Exhibit A, attached hereto** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Joseph Spiezio, III**<br>**444 E. Boston Post Road**<br>**Suite 210**<br>**Mamaroneck, NY 10543**<br>**Shareholder** | **11/15/2018** | **$7,500.00** | **Shareholder distribution** |
| 4.2. | **Joseph Spiezio, III**<br>**444 E. Boston Post Road**<br>**Suite 210**<br>**Mamaroneck, NY 10543**<br>**Shareholder** | **11/28/2018** | **$7,500.00** | **Shareholder distribution** |
| 4.3. | **Spiezio Family Holdings, LLC**<br>**444 E. Boston Post Road**<br>**Suite 210**<br>**Mamaroneck, NY 10543**<br>**Shareholder** | **11/16/2018** | **$3,500.00** | **Shareholder Contributions** |
| 4.4. | **Spiezio Family Holdings, LLC**<br>**444 E. Boston Post Road**<br>**Suite 210**<br>**Mamaroneck, NY 10543**<br>**Shareholder** | **12/21/2018** | **$2,000.00** | **Shareholder Contributions** |
| 4.5. | **Spiezio Family Holdings, LLC**<br>**444 E. Boston Post Road**<br>**Suite 210**<br>**Mamaroneck, NY 10543**<br>**Shareholder** | **1/8/2019** | **$10,000.00** | **Shareholder Contributions** |
| 4.6. | **Spiezio Family Holdings, LLC**<br>**444 E. Boston Post Road**<br>**Suite 210**<br>**Mamaroneck, NY 10543**<br>**Shareholder** | **1/10/2019** | **$7,500.00** | **Shareholder Contributions** |
| 4.7. | **Spiezio Family Holdings, LLC**<br>**444 E. Boston Post Road**<br>**Suite 210**<br>**Mamaroneck, NY 10543**<br>**Shareholder** | **1/10/2019** | **$5,000.00** | **Shareholder Contributions** |

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.8. | **Spiezio Family Holdings, LLC**<br>**444 E. Boston Post Road**<br>**Suite 210**<br>**Mamaroneck, NY 10543**<br>**Shareholder** | **2/4/2019** | **$7,200.00** | **Shareholder Contributions** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **National Labor Relations Board v. R&S Waste Services, LLC; Waste Services, Inc.; and ECSI America, Inc.**<br>**18-MC-596 (AT)** | **Application for writ of attachment** | **United States District Court, SDNY** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Trustees of the Local 813 Insurance Fund, et al. v. Joseph F. Spiezio, III, et al.**<br>**18-cv-07678** | **Collection action** | **United States District Court, SDNY** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **John Valentino v. ECSI America, Inc. et al.**<br>**18-cv-10353** | **Wage claim** | **United States District Court, SDNY** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Westchester Solid Waste Commission v. Waste Services, Inc.**<br>**Violation no. 50/2018** | **Regulatory matter** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

| Debtor | **Waste Services, Inc.** | Case number *(if known)* |
|---|---|---|

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
    |---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|---|
    | 11.1. | **Klestadt Winters Jureller Southard & Ste<br>200 West 41st Street<br>17th Floor<br>New York, NY 10036** | | **2/7/2019** | **$25,000.00** |
    | | Email or website address | | | |
    | | Who made the payment, if not debtor? | | | |
    | 11.2. | **Klestadt Winters Jureller Southard & Ste<br>200 West 41st Street<br>17th Floor<br>New York, NY 10036** | | **2/13/2019** | **$25,000.00** |
    | | Email or website address | | | |
    | | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

Debtor **Waste Services, Inc.**        Case number *(if known)* _____

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

■ None.

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7: Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 1 Radisson Plaza<br>New Rochelle, NY 10801 | |

### Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor  **Waste Services, Inc.**                                                    Case number *(if known)*

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
    |---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

    | Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
    |---|---|---|---|

| Part 11: | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

| Part 12: | **Details About Environment Information** |

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

    | Case title Case number | Court or agency name and address | Nature of the case | Status of case |
    |---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | Waste Services, Inc. | Case number *(if known)* | |
|---|---|---|---|

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Lawrence Kalkstein CPA**<br>**2144 Albany Post Road**<br>**Montrose, NY 10548** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Joseph Spiezio, III**<br>**444 E. Boston Post Road**<br>**Suite 210**<br>**Mamaroneck, NY 10543** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

| Debtor | Waste Services, Inc. | Case number *(if known)* |
|---|---|---|

- ■ No
- ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joseph Spiezio, III | 444 E. Boston Post Road Suite 210 Mamaroneck, NY 10543 | Chairman President | 100% sole shareholder |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ■ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Debtor | Waste Services, Inc. | Case number *(if known)* | |
|---|---|---|---|

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **February 13, 2019**

**/s/ Joseph Spiezio, III**                              **Joseph Spiezio, III**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Exhibit A**

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| Bill Pmt -Check | 01/24/2019 | ach | ECSI America | | 20000 · Accounts Payable | -70,000.00 | -79,423.96 |
| Bill Pmt -Check | 01/16/2019 | 11305 | New York State Sales Tax | case #X777967993 01 | 20000 · Accounts Payable | -64,774.20 | -61,824.22 |
| Bill Pmt -Check | 01/10/2019 | ach | ECSI America | | 20000 · Accounts Payable | -60,000.00 | -28,461.90 |
| Check | 11/26/2018 | ach | American Express | | American Express | -58,000.00 | -168,873.17 |
| Bill Pmt -Check | 12/12/2018 | ach | ECSI America | | 20000 · Accounts Payable | -52,000.00 | -117,736.71 |
| Check | 11/15/2018 | ach | American Express | | American Express | -50,000.00 | -102,173.81 |
| Bill Pmt -Check | 11/15/2018 | ach | ECSI America | | 20000 · Accounts Payable | -40,000.00 | -124,440.97 |
| Bill Pmt -Check | 02/11/2019 | 11311 | ECSI America | | 20000 · Accounts Payable | -35,000.00 | -19,364.18 |
| Bill Pmt -Check | 02/11/2019 | 11332 | ECSI America | | 20000 · Accounts Payable | -35,000.00 | 8,191.73 |
| Bill Pmt -Check | 12/31/2018 | 10727 | ECSI America | | 20000 · Accounts Payable | -34,100.00 | -51,877.75 |
| Bill Pmt -Check | 12/23/2018 | ach | ECSI America | | 20000 · Accounts Payable | -33,000.00 | -65,463.35 |
| Bill Pmt -Check | 12/21/2018 | 11198 | BankDirect | | 20000 · Accounts Payable | -29,503.08 | -112,842.47 |
| Bill Pmt -Check | 01/09/2019 | 10520 | BankDirect | | 20000 · Accounts Payable | -29,503.08 | -43,227.65 |
| Bill Pmt -Check | 11/13/2018 | 11152 | BankDirect | | 20000 · Accounts Payable | -29,496.08 | -94,247.76 |
| Check | 12/10/2018 | ach | American Express | | American Express | -28,000.00 | -110,841.23 |
| Bill Pmt -Check | 02/06/2019 | 11310 | Klestadt Winters Jureller Southard Steven | retainer fee | 20000 · Accounts Payable | -25,000.00 | -37,843.09 |
| Bill Pmt -Check | 01/11/2019 | ach | ECSI America | | 20000 · Accounts Payable | -22,300.00 | -53,795.74 |
| Check | 11/29/2018 | ach | American Express | | American Express | -22,000.00 | -97,343.51 |
| General Journal | 12/20/2018 | 12-20-2018 | | returned deposited item - Town of Carmel check #92201 deposited 12/17/2018 | 11520 · Accounts Receivable | -21,074.82 | -75,872.67 |
| Bill Pmt -Check | 12/03/2018 | ach | ECSI America | | 20000 · Accounts Payable | -21,000.00 | -78,677.89 |
| Check | 01/24/2019 | ach | New York State Sales Tax | | 22140 · Sales Tax Payable | -20,264.00 | -4,423.96 |
| Bill Pmt -Check | 12/05/2018 | 11172 | Gabrielli | | 20000 · Accounts Payable | -20,010.30 | -105,584.89 |
| Check | 01/10/2019 | ach | American Express | | American Express | -20,000.00 | 17,449.49 |
| Check | 11/23/2018 | ach | New York State Sales Tax | | 22140 · Sales Tax Payable | -19,878.00 | -149,914.24 |
| Check | 12/24/2018 | ach | New York State Sales Tax | | 22140 · Sales Tax Payable | -18,747.31 | -107,803.41 |
| Check | 02/06/2019 | ach | American Express | | American Express | -18,184.91 | -34,618.77 |
| Bill Pmt -Check | 11/13/2018 | 10772 | American Waste Transfer Systems, LLC | | 20000 · Accounts Payable | -16,018.17 | -110,265.93 |
| Bill Pmt -Check | 11/13/2018 | 11136 | Con Edison CNG | customer #19066 | 20000 · Accounts Payable | -15,510.03 | -37,515.37 |
| Check | 12/12/2018 | ach | American Express | | American Express | -15,000.00 | -75,244.46 |
| Bill Pmt -Check | 12/14/2018 | ach | Wheelabrator Westchester | | 20000 · Accounts Payable | -14,121.19 | -71,011.22 |
| Bill Pmt -Check | 02/08/2019 | ach | ECSI America | | 20000 · Accounts Payable | -14,000.00 | -38,053.28 |
| Check | 01/07/2019 | ach | American Express | | American Express | -13,300.00 | -33,356.33 |
| Bill Pmt -Check | 12/17/2018 | 10750 | ECSI America | | 20000 · Accounts Payable | -13,100.00 | -43,747.00 |
| Bill Pmt -Check | 01/28/2019 | ach | ECSI America | | 20000 · Accounts Payable | -12,500.00 | -81,634.67 |
| Check | 01/14/2019 | ach | American Express | | American Express | -12,000.00 | -70,691.48 |
| Check | 01/11/2019 | ach | American Express | | American Express | -12,000.00 | -32,319.77 |
| Bill Pmt -Check | 11/30/2018 | ach | ECSI America | | 20000 · Accounts Payable | -11,000.00 | -89,606.58 |
| Check | 01/22/2019 | ach | American Express | | American Express | -11,000.00 | -61,970.04 |
| Check | 12/11/2018 | ach | American Express | | American Express | -11,000.00 | -36,663.62 |
| Bill Pmt -Check | 12/05/2018 | 11178 | Tire Buys | | 20000 · Accounts Payable | -10,224.63 | -117,952.59 |
| Check | 11/20/2018 | 11160 | American Express | acct #3787-516816-11002 | American Express 11002 | -10,000.00 | -136,052.00 |
| Check | 12/21/2018 | 11199 | American Express | acct #3787-516816-11002 | American Express 11002 | -10,000.00 | -122,842.47 |
| Bill Pmt -Check | 01/28/2019 | ach | ECSI America | | 20000 · Accounts Payable | -10,000.00 | -91,634.67 |
| Check | 01/24/2019 | 10540 | American Express | acct #3787-516816-11002 | American Express 11002 | -10,000.00 | -84,433.28 |
| Check | 12/24/2018 | ach | American Express | | American Express | -10,000.00 | -82,963.35 |
| Bill Pmt -Check | 12/15/2018 | ach | ECSI America | | 20000 · Accounts Payable | -10,000.00 | -81,104.76 |
| Bill Pmt -Check | 12/14/2018 | ach | ECSI America | | 20000 · Accounts Payable | -10,000.00 | -66,709.76 |
| Check | 12/12/2018 | ach | American Express | | American Express | -10,000.00 | -59,244.46 |
| Check | 01/11/2019 | 10721 | Michael J. Mauro, Esq. | | 7604 · Legal Fees | -10,000.00 | -53,691.48 |
| Check | 11/13/2018 | ach | American Express | | American Express | -10,000.00 | -51,790.73 |
| Check | 01/08/2019 | ach | Spiezio Family Holdings, LLC | | Shareholder Contributions | -10,000.00 | -43,356.33 |
| Check | 01/16/2019 | ach | American Express | | American Express | -10,000.00 | -9,615.89 |
| Check | 01/22/2019 | ach | American Express | | American Express | -9,900.00 | -71,870.04 |
| Bill Pmt -Check | 11/26/2018 | ach | Mack Financial Services | confirm #1450001 | 20000 · Accounts Payable | -9,097.79 | -189,789.62 |
| Bill Pmt -Check | 01/04/2019 | ach | Mack Financial Services | confirm #1466744 | 20000 · Accounts Payable | -9,097.79 | -80,316.56 |
| Bill Pmt -Check | 02/02/2019 | ach | Mack Financial Services | confirm #1478897 | 20000 · Accounts Payable | -9,097.79 | -52,310.40 |
| Bill Pmt -Check | 12/06/2018 | 11183 | American Waste Transfer Systems, LLC | | 20000 · Accounts Payable | -8,826.22 | -92,594.60 |
| Bill Pmt -Check | 01/07/2019 | ach | Wheelabrator Westchester | | 20000 · Accounts Payable | -8,703.62 | -14,867.02 |
| Check | 11/28/2018 | ach | American Express | | American Express | -8,200.00 | -145,631.18 |
| Check | 01/30/2019 | ach | American Express | | American Express | -8,000.00 | -79,719.12 |
| Check | 12/27/2018 | ach | American Express | | American Express | -7,967.54 | -74,780.55 |
| Bill Pmt -Check | 01/14/2019 | ach | Wheelabrator Westchester | acct #0030169 | 20000 · Accounts Payable | -7,857.57 | -46,117.00 |
| Check | 12/06/2018 | ach | American Express | | American Express | -7,813.00 | -129,593.24 |

| Type | Date | Num | Name | Memo | Account | Amount | Balance |
|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 12/15/2018 | ach | ECSI America | | 20000 · Accounts Payable | -7,700.00 | -88,804.76 |
| Check | 11/15/2018 | 10771 | Joseph Spiezio | | 31400 · Shareholder Distributions | -7,500.00 | -131,038.97 |
| Check | 11/28/2018 | 10766 | Joseph Spiezio | | 31400 · Shareholder Distributions | -7,500.00 | -74,516.43 |
| Check | 12/24/2018 | ach | American Express | | American Express | -7,500.00 | -72,963.35 |
| Check | 12/19/2018 | ach | American Express | | American Express | -7,500.00 | -66,310.36 |
| Check | 12/18/2018 | ach | American Express | | American Express | -7,500.00 | -61,410.77 |
| Bill Pmt -Check | 12/11/2018 | ach | ECSI America | | 20000 · Accounts Payable | -7,500.00 | -44,163.62 |
| Check | 01/10/2019 | ach | Spiezio Family Holdings, LLC | | Shareholder Contributions | -7,500.00 | 9,949.49 |
| Bill Pmt -Check | 12/20/2018 | 11197 | American Waste Transfer Systems, LLC | | 20000 · Accounts Payable | -7,456.72 | -83,339.39 |
| Bill Pmt -Check | 11/27/2018 | 10713 | American Waste Transfer Systems, LLC | | 20000 · Accounts Payable | -7,448.42 | -132,102.04 |
| Check | 02/04/2019 | ach | Spiezio Family Holdings, LLC | | Shareholder Contributions | -7,200.00 | -33,268.22 |
| Check | 11/19/2018 | ach | American Express | | American Express | -7,000.00 | -169,373.46 |
| Check | 02/04/2019 | 11303 | JLS Family Holdings | | Shareholder Contributions | -6,850.00 | -40,118.22 |
| Bill Pmt -Check | 01/02/2019 | ach | Wheelabrator Westchester | acct #0030169 | 20000 · Accounts Payable | -6,473.78 | -64,367.81 |
| Bill Pmt -Check | 12/21/2018 | 11200 | Orion Energy Corporation | account #165086 | 20000 · Accounts Payable | -6,386.47 | -117,596.94 |
| Bill Pmt -Check | 02/01/2019 | ach | Wheelabrator Westchester | acct #0030169 | 20000 · Accounts Payable | -6,002.34 | -44,238.15 |
| Check | 01/15/2019 | ach | American Express | | American Express | -6,000.00 | -52,729.22 |
| Bill Pmt -Check | 12/13/2018 | 11189 | American Waste Transfer Systems, LLC | | 20000 · Accounts Payable | -5,936.16 | -64,128.43 |
| Bill Pmt -Check | 11/16/2018 | 11156 | Orion Energy Corporation | account #165086 | 20000 · Accounts Payable | -5,756.18 | -143,929.15 |
| Bill Pmt -Check | 11/13/2018 | 11145 | Local 726 IUJAT | | 20000 · Accounts Payable | -5,738.10 | -54,275.17 |
| Check | 12/17/2018 | 10751 | Michael Vetrano | | 1099 Vetrano | -5,512.00 | -49,259.00 |
| Bill Pmt -Check | 11/26/2018 | 11161 | Orion Energy Corporation | account #165086 | 20000 · Accounts Payable | -5,418.31 | -174,291.48 |
| Bill Pmt -Check | 12/10/2018 | ach | Mack Financial Services | confirm #1456100 | 20000 · Accounts Payable | -5,302.40 | -103,695.42 |
| Bill Pmt -Check | 01/22/2019 | ach | Mack Financial Services | confirm #1474328 | 20000 · Accounts Payable | -5,302.40 | -90,305.72 |
| Bill Pmt -Check | 01/25/2019 | ach | Wheelabrator Westchester | acct #0030169 | 20000 · Accounts Payable | -5,240.51 | -104,453.22 |
| Bill Pmt -Check | 11/13/2018 | 11141 | Tire Buys | | 20000 · Accounts Payable | -5,213.95 | -44,834.91 |
| Check | 01/07/2019 | ach | American Express | | American Express | -5,189.31 | -20,056.33 |
| Bill Pmt -Check | 11/16/2018 | ach | Wheelabrator Westchester | acct #0030169 | 20000 · Accounts Payable | -5,054.49 | -148,983.64 |
| Check | 11/19/2018 | ach | American Express | | American Express | -5,000.00 | -176,117.45 |
| Check | 11/28/2018 | ach | American Express | | American Express | -5,000.00 | -134,909.16 |
| Check | 12/24/2018 | ach | American Express | | American Express | -5,000.00 | -87,963.35 |
| Check | 11/30/2018 | 10763 | Gaines Novick Ponzini Cossu Venditti LLP | | 7604 · Legal Fees | -5,000.00 | -86,096.08 |
| Check | 12/10/2018 | ach | American Express | | American Express | -5,000.00 | -82,841.23 |
| Check | 12/26/2018 | ach | American Express | | American Express | -5,000.00 | -79,153.32 |
| Check | 01/03/2019 | ach | American Express | | American Express | -5,000.00 | -71,569.27 |
| Check | 01/11/2019 | 10723 | Michael Vetrano | | 1099 Vetrano | -5,000.00 | -58,691.48 |
| Check | 12/13/2018 | ach | American Express | | American Express | -5,000.00 | -56,192.27 |
| Check | 01/10/2019 | ach | Spiezio Family Holdings, LLC | | Shareholder Contributions | -5,000.00 | -33,461.90 |
| Check | 01/24/2019 | ach | American Express | | American Express | -5,000.00 | -9,423.96 |
| Bill Pmt -Check | 01/08/2019 | 10511 | Advantage Funding Comm. Cap. Corp. | Pmt# 39 | 20000 · Accounts Payable | -4,915.00 | -48,271.33 |
| Bill Pmt -Check | 02/05/2019 | 10549 | Advantage Funding Comm. Cap. Corp. | Pmt# 40 | 20000 · Accounts Payable | -4,915.00 | -21,536.06 |
| Bill Pmt -Check | 11/13/2018 | 11132 | Advantage Funding Comm. Cap. Corp. | Pmt# 38 | 20000 · Accounts Payable | -4,915.00 | -18,137.49 |
| Bill Pmt -Check | 02/01/2019 | 10547 | Orion Energy Corporation | | 20000 · Accounts Payable | -4,911.98 | -41,454.01 |
| Bill Pmt -Check | 02/01/2019 | 10546 | Advantage Funding Comm. Cap. Corp. | | 20000 · Accounts Payable | -4,885.00 | -36,542.03 |
| Bill Pmt -Check | 01/07/2019 | 10509 | Advantage Funding Comm. Cap. Corp. | | 20000 · Accounts Payable | -4,885.00 | -1,647.86 |
| Bill Pmt -Check | 11/16/2018 | ach | Wheelabrator Westchester | acct #0030169 | 20000 · Accounts Payable | -4,870.60 | -153,854.24 |
| Bill Pmt -Check | 01/24/2019 | 10542 | De Lage Laden | Pmt# 40 | 20000 · Accounts Payable | -4,816.96 | -92,747.36 |
| Bill Pmt -Check | 01/02/2019 | 11209 | De Lage Laden | Pmt# 39 | 20000 · Accounts Payable | -4,816.96 | -48,091.33 |
| Bill Pmt -Check | 12/10/2018 | ach | Mack Financial Services | Pmt# 17  confirm #1456099 | 20000 · Accounts Payable | -4,798.35 | -98,393.02 |
| Bill Pmt -Check | 01/22/2019 | ach | Mack Financial Services | Pmt# 18  confirm #1474323 | 20000 · Accounts Payable | -4,798.35 | -85,003.32 |
| Bill Pmt -Check | 11/21/2018 | ach | Sterling National Bank | | 20000 · Accounts Payable | -4,684.00 | -149,275.54 |
| Bill Pmt -Check | 11/21/2018 | ach | Sterling National Bank | | 20000 · Accounts Payable | -4,684.00 | -144,591.54 |
| Bill Pmt -Check | 11/16/2018 | ach | Signature Financial LLC | | 20000 · Accounts Payable | -4,684.00 | -138,172.97 |
| Bill Pmt -Check | 12/21/2018 | ach | Sterling National Bank | | 20000 · Accounts Payable | -4,684.00 | -132,210.47 |
| Bill Pmt -Check | 12/21/2018 | ach | Sterling National Bank | | 20000 · Accounts Payable | -4,684.00 | -127,526.47 |
| Bill Pmt -Check | 01/22/2019 | ach | Sterling National Bank | | 20000 · Accounts Payable | -4,684.00 | -82,238.04 |
| Bill Pmt -Check | 01/22/2019 | ach | Sterling National Bank | | 20000 · Accounts Payable | -4,684.00 | -77,554.04 |
| Bill Pmt -Check | 12/18/2018 | ach | Signature Financial LLC | | 20000 · Accounts Payable | -4,684.00 | -66,094.77 |
| Bill Pmt -Check | 01/15/2019 | ach | Signature Financial LLC | | 20000 · Accounts Payable | -4,684.00 | 384.11 |
| Bill Pmt -Check | 01/21/2019 | ach | Wheelabrator Westchester | acct #0030169 | 20000 · Accounts Payable | -4,580.92 | -50,940.04 |
| Bill Pmt -Check | 01/24/2019 | ach | Mack Financial Services | Pmt# 41  confirm #1475404 | 20000 · Accounts Payable | -4,579.78 | -74,433.28 |
| Bill Pmt -Check | 12/11/2018 | ach | Mack Financial Services | Pmt# 40  confirm #1456742 | 20000 · Accounts Payable | -4,579.78 | -21,851.26 |
| Bill Pmt -Check | 11/13/2018 | 11146 | De Lage Laden | Pmt# 27 | 20000 · Accounts Payable | -4,560.81 | -58,835.98 |
| Bill Pmt -Check | 01/08/2019 | 10512 | De Lage Laden | Pmt# 28 | 20000 · Accounts Payable | -4,560.81 | -52,832.14 |

| Type | Date | Num | Name | Memo | Account | Amount | Balance |
|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 02/08/2019 | 10557 | De Lage Laden | Pmt# 30 | 20000 · Accounts Payable | -4,560.81 | -33,240.84 |
| Bill Pmt -Check | 01/03/2019 | 10502 | American Waste Transfer Systems, LLC | | 20000 · Accounts Payable | -4,543.42 | -77,012.69 |
| Check | 01/25/2019 | 11308 | Michael Vetrano | | 1099 Vetrano | -4,500.00 | -100,801.16 |
| Bill Pmt -Check | 12/07/2018 | ach | Wheelabrator Westchester | acct #0030169 | 20000 · Accounts Payable | -4,475.13 | -96,430.74 |
| Bill Pmt -Check | 01/02/2019 | 11210 | De Lage Laden | Pmt# 43 | 20000 · Accounts Payable | -4,470.33 | -52,561.66 |
| Bill Pmt -Check | 12/14/2018 | 11191 | Orion Energy Corporation | account #165086 | 20000 · Accounts Payable | -4,458.62 | -56,472.89 |
| Bill Pmt -Check | 12/21/2018 | ach | ECSI America | | 20000 · Accounts Payable | -4,424.00 | -122,033.94 |
| Bill Pmt -Check | 01/18/2019 | 10538 | Orion Energy Corporation | account #165086 | 20000 · Accounts Payable | -4,402.33 | -61,293.76 |
| Bill Pmt -Check | 02/11/2019 | 10562 | Orion Energy Corporation | | 20000 · Accounts Payable | -4,316.59 | -23,680.77 |
| Bill Pmt -Check | 12/28/2018 | 11205 | Orion Energy Corporation | account #165086 | 20000 · Accounts Payable | -4,293.06 | -64,045.06 |
| Bill Pmt -Check | 11/30/2018 | 10717 | American Waste Transfer Systems, LLC | | 20000 · Accounts Payable | -4,233.83 | -96,759.32 |
| Bill Pmt -Check | 01/17/2019 | 10537 | American Waste Transfer Systems, LLC | | 20000 · Accounts Payable | -4,207.28 | -56,964.15 |
| Bill Pmt -Check | 01/22/2019 | ach | ECSI America | | 20000 · Accounts Payable | -4,100.00 | -94,405.72 |
| Check | 11/16/2018 | 10769 | Michael Vetrano | | 1099 Vetrano | -4,000.00 | -159,373.46 |
| Check | 11/30/2018 | 10765 | Michael Vetrano | | 1099 Vetrano | -4,000.00 | -81,096.08 |
| Check | 01/23/2019 | debit | SGFH Realty | | Shareholder Contributions | -4,000.00 | -65,082.66 |
| Check | 12/28/2018 | 10741 | Michael Vetrano | | 1099 Vetrano | -4,000.00 | -55,785.76 |
| Check | 12/11/2018 | 10756 | Michael J. Pizzi | legal fees | 7604 · Legal Fees | -4,000.00 | -49,244.46 |
| Check | 02/11/2019 | 10558 | Michael J. Pizzi | | 7604 · Legal Fees | -4,000.00 | -29,768.74 |
| Check | 01/10/2019 | 10530 | Michael J. Pizzi | | 7604 · Legal Fees | -4,000.00 | 31,538.10 |
| Bill Pmt -Check | 12/04/2018 | 11162 | Orion Energy Corporation | account #165086 | 20000 · Accounts Payable | -3,800.17 | -82,585.17 |
| Bill Pmt -Check | 11/21/2018 | ach | BMO Harris Bank | confirm #4318035 | 20000 · Accounts Payable | -3,785.54 | -139,872.54 |
| Bill Pmt -Check | 02/05/2019 | ach | BMO Harris Bank | confirm #4420186 | 20000 · Accounts Payable | -3,785.54 | -25,321.60 |
| Bill Pmt -Check | 01/07/2019 | ach | BMO Harris Bank | confirm #4383522 | 20000 · Accounts Payable | -3,785.54 | -6,163.40 |
| Bill Pmt -Check | 12/04/2018 | ach | BMO Harris Bank | confirm #4340436 | 20000 · Accounts Payable | -3,719.79 | -83,734.36 |
| Bill Pmt -Check | 01/11/2019 | ach | BMO Harris Bank | confirm #4390988 | 20000 · Accounts Payable | -3,719.79 | -36,039.56 |
| Bill Pmt -Check | 01/31/2019 | ach | BMO Harris Bank | confirm #4404222 | 20000 · Accounts Payable | -3,694.93 | -67,243.77 |
| Bill Pmt -Check | 11/26/2018 | ach | BMO Harris Bank | | 20000 · Accounts Payable | -3,694.43 | -180,691.83 |
| Bill Pmt -Check | 01/02/2019 | ach | BMO Harris Bank | confirm #4377061 | 20000 · Accounts Payable | -3,694.43 | -56,256.09 |
| Bill Pmt -Check | 01/25/2019 | 10544 | Orion Energy Corporation | | 20000 · Accounts Payable | -3,670.44 | -99,949.30 |
| Check | 12/18/2018 | ach | American Express | | American Express | -3,664.77 | -53,910.77 |
| Check | 11/16/2018 | ach | Spiezio Family Holdings, LLC | | 31400 · Shareholder Distributions | -3,500.00 | -157,354.24 |
| Check | 01/25/2019 | ach | American Express | | American Express | -3,500.00 | -96,247.36 |
| Bill Pmt -Check | 01/24/2019 | 10541 | American Waste Transfer Systems, LLC | | 20000 · Accounts Payable | -3,497.12 | -87,930.40 |
| Bill Pmt -Check | 01/04/2019 | 10507 | Orion Energy Corporation | account #165086 | 20000 · Accounts Payable | -3,431.37 | -86,247.21 |
| Bill Pmt -Check | 12/05/2018 | ach | Mack Financial Services | confirm #1454279 | 20000 · Accounts Payable | -3,320.30 | -123,748.09 |
| Bill Pmt -Check | 01/15/2019 | ach | Mack Financial Services | confirm #1471298 | 20000 · Accounts Payable | -3,320.30 | -60,671.28 |
| Bill Pmt -Check | 12/27/2018 | 11204 | American Waste Transfer Systems, LLC | | 20000 · Accounts Payable | -3,304.23 | -78,084.78 |
| Check | 12/10/2018 | ach | American Express | | American Express | -3,232.44 | -76,591.23 |
| Bill Pmt -Check | 02/08/2019 | 10555 | Railroad Transfer Inc. | | 20000 · Accounts Payable | -3,204.36 | -28,680.03 |
| Bill Pmt -Check | 02/08/2019 | ach | ECSI America | | 20000 · Accounts Payable | -3,200.00 | -37,902.51 |
| Bill Pmt -Check | 01/11/2019 | 10532 | Orion Energy Corporation | account #165086 | 20000 · Accounts Payable | -3,092.98 | -39,141.79 |
| Check | 12/17/2018 | ach | American Express | | American Express | -3,000.00 | -91,804.76 |
| Check | 11/30/2018 | 10762 | Going Green Recycling | | Subcontractors | -3,000.00 | -77,096.08 |
| Check | 12/14/2018 | 10752 | Going Green Recycling | | Subcontractors | -3,000.00 | -69,709.76 |
| Check | 01/15/2019 | ach | American Express | | American Express | -3,000.00 | -55,729.22 |
| Check | 12/14/2018 | ach | American Express | | American Express | -3,000.00 | -51,898.30 |
| Check | 02/11/2019 | ach | American Express | | American Express | -3,000.00 | -29,148.08 |
| Bill Pmt -Check | 11/13/2018 | 11147 | Stearns Bank | Pmt# 17 | 20000 · Accounts Payable | -2,998.00 | -61,833.98 |
| Bill Pmt -Check | 01/08/2019 | 10513 | Stearns Bank | Pmt# 19 | 20000 · Accounts Payable | -2,998.00 | -55,830.14 |
| Bill Pmt -Check | 01/10/2019 | 10529 | American Waste Transfer Systems, LLC | | 20000 · Accounts Payable | -2,778.84 | 7,170.65 |
| Check | 01/25/2019 | ach | American Express | | American Express | -2,681.75 | -107,134.97 |
| Check | 02/06/2019 | ach | American Express | | American Express | -2,681.75 | -37,300.52 |
| Bill Pmt -Check | 11/26/2018 | ach | BMO Harris Bank | confirm #4320875 | 20000 · Accounts Payable | -2,575.17 | -176,997.40 |
| Bill Pmt -Check | 01/31/2019 | ach | BMO Harris Bank | confirm #4404232 | 20000 · Accounts Payable | -2,575.17 | -69,818.94 |
| Bill Pmt -Check | 01/02/2019 | ach | BMO Harris Bank | confirm #4377065 | 20000 · Accounts Payable | -2,575.17 | -58,831.26 |
| Check | 12/07/2018 | 11186 | AIG | account #0004540114201 | 31400 · Shareholder Distributions | -2,538.09 | -97,632.69 |
| Check | 01/25/2019 | 11307 | John Acheson | | 1099 Acheson | -2,500.00 | -103,301.16 |
| Check | 01/23/2019 | 10730 | New York State Department of Labor | OTL 17-00226 | 80000 · Ask My Accountant | -2,500.00 | 16,895.81 |
| Check | 11/15/2018 | 10770 | Town of Carmel | 19-04 | Licenses & Permits | -2,450.00 | -133,488.97 |
| Bill Pmt -Check | 01/31/2019 | 10545 | American Waste Transfer Systems, LLC | | 20000 · Accounts Payable | -2,436.72 | -63,548.84 |
| Bill Pmt -Check | 12/05/2018 | 11166 | Atlantic States Lubricants | | 20000 · Accounts Payable | -2,392.59 | -84,216.37 |
| Bill Pmt -Check | 11/13/2018 | 11133 | Atlantic Hydraulics | compactor | 20000 · Accounts Payable | -2,381.76 | -20,519.25 |
| Bill Pmt -Check | 11/30/2018 | 10716 | Orion Energy Corporation | account #165086 | 20000 · Accounts Payable | -2,348.13 | -92,525.49 |

| Type | Date | Num | Name | Memo | Account | Amount | Balance |
|---|---|---|---|---|---|---|---|
| Check | 02/08/2019 | ach | American Express | | American Express | -2,300.00 | -24,053.28 |
| General Journal | 12/27/2018 | 12-27-2018 | | credit card chargeback - RCTV International | 11520 · Accounts Receivable | -2,226.35 | -59,146.94 |
| Check | 12/03/2018 | ach | Merchant Services | | 60170 · Credit Card Processing Fees | -2,224.08 | -90,075.66 |
| Check | 01/02/2019 | ach | Merchant Services | | 60170 · Credit Card Processing Fees | -2,223.39 | -53,030.64 |
| Bill Pmt -Check | 12/11/2018 | ach | Wheelabrator Westchester | acct #0030169 | 20000 · Accounts Payable | -2,212.36 | -24,063.62 |
| Bill Pmt -Check | 11/13/2018 | 11144 | Westchester Recycling Services Inc. | | 20000 · Accounts Payable | -2,180.64 | -48,537.07 |
| Bill Pmt -Check | 12/05/2018 | 11179 | Toyota Financial Services | Pmt# 47 | 20000 · Accounts Payable | -2,149.19 | -120,101.78 |
| Bill Pmt -Check | 11/13/2018 | 11148 | Toyota Financial Services | Pmt# 46 | 20000 · Accounts Payable | -2,149.19 | -63,983.17 |
| Bill Pmt -Check | 02/08/2019 | 10553 | City Carting/Somers Sanitation | | 20000 · Accounts Payable | -2,073.15 | -25,475.67 |
| Bill Pmt -Check | 12/03/2018 | ach | Sterling National Bank | | 20000 · Accounts Payable | -2,018.00 | -90,844.40 |
| Bill Pmt -Check | 01/02/2019 | debit | Sterling National Bank | | 20000 · Accounts Payable | -2,018.00 | -54,987.93 |
| Bill Pmt -Check | 02/01/2019 | ach | Sterling National Bank | | 20000 · Accounts Payable | -2,018.00 | -50,362.59 |
| Check | 11/19/2018 | ach | American Express | | American Express | -2,000.00 | -161,373.46 |
| Check | 12/21/2018 | ach | Spiezio Family Holdings, LLC | | Shareholder Contributions | -2,000.00 | -126,033.94 |
| Check | 12/21/2018 | ach | JLS Family Holdings | | Shareholder Contributions | -2,000.00 | -124,033.94 |
| Check | 11/29/2018 | ach | American Express | | American Express | -2,000.00 | -99,343.51 |
| Check | 01/14/2019 | ach | American Express | | American Express | -2,000.00 | -72,691.48 |
| Check | 01/23/2019 | debit | SGFH Realty | | Shareholder Contributions | -2,000.00 | -61,082.66 |
| Check | 12/13/2018 | ach | American Express | | American Express | -2,000.00 | -58,192.27 |
| Check | 01/11/2019 | 10722 | Going Green Recycling | | Subcontractors | -2,000.00 | -43,691.48 |
| Check | 02/07/2019 | ach | American Express | | American Express | -2,000.00 | -41,843.09 |
| Check | 11/13/2018 | ach | American Express | | American Express | -2,000.00 | -41,790.73 |
| Bill Pmt -Check | 02/06/2019 | 11302 | Klestadt Winters Jureller Southard Steven | filing fees | 20000 · Accounts Payable | -2,000.00 | -39,843.09 |
| Check | 02/04/2019 | ach | Merchant Services | | 60170 · Credit Card Processing Fees | -1,943.53 | -25,967.29 |
| Check | 11/19/2018 | ach | American Express | | American Express | -1,743.99 | -171,117.45 |
| Check | 12/06/2018 | 11184 | Scoco, Inc. | | 66700 · Professional Fees | -1,700.00 | -94,294.60 |
| Check | 01/04/2019 | 10505 | Scoco, Inc. | | 66700 · Professional Fees | -1,700.00 | -82,236.01 |
| Check | 02/08/2019 | 10551 | Scoco, Inc. | | 66700 · Professional Fees | -1,700.00 | -39,753.28 |
| Bill Pmt -Check | 01/09/2019 | 10514 | Atlantic States Lubricants | | 20000 · Accounts Payable | -1,689.06 | -13,139.37 |
| Bill Pmt -Check | 12/24/2018 | 11202 | Everbank Commercial Finance/TIAA | | 20000 · Accounts Payable | -1,643.04 | -108,168.92 |
| Check | 01/31/2019 | ach | The Westchester Bank | | Line of Credit 3 | -1,636.26 | -61,112.12 |
| Bill Pmt -Check | 11/28/2018 | ach | First Insurance Funding | confirm #24707622 | 20000 · Accounts Payable | -1,623.60 | -137,431.18 |
| Check | 12/11/2018 | ach | American Express | | American Express | -1,600.00 | -25,663.62 |
| Check | 12/31/2018 | ach | The Westchester Bank | | Line of Credit 3 | -1,550.00 | -58,288.08 |
| Check | 11/30/2018 | ach | The Westchester Bank | | Line of Credit 3 | -1,500.01 | -89,172.71 |
| Check | 11/26/2018 | 10767 | Howard Kassman | | 66700 · Professional Fees | -1,500.00 | -153,653.62 |
| Check | 12/18/2018 | 10748 | Howard Kassman | | 66700 · Professional Fees | -1,500.00 | -58,810.36 |
| Check | 12/28/2018 | 10734 | Going Green Recycling | | Subcontractors | -1,500.00 | -57,285.76 |
| General Journal | 01/15/2019 | 01-15-2018 | | returned deposited item - KS General Contractor check #1049 | 11520 · Accounts Receivable | -1,500.00 | -57,229.22 |
| Check | 12/21/2018 | 10745 | John Acheson | | 1099 Acheson | -1,500.00 | -31,463.35 |
| Check | 01/23/2019 | 10733 | Howard Kassman | | 66700 · Professional Fees | -1,500.00 | 16,840.04 |
| Bill Pmt -Check | 02/08/2019 | 10552 | American Waste Transfer Systems, LLC | | 20000 · Accounts Payable | -1,476.64 | -23,402.52 |
| Check | 12/14/2018 | 10759 | Edward Egan | corrections winter basketball | 60000 · Advertising and Promotion | -1,395.00 | -71,104.76 |
| Check | 12/18/2018 | 10749 | Danny Bsharat | | 11520 · Accounts Receivable | -1,288.50 | -59,388.86 |
| Check | 12/10/2018 | ach | American Express | | American Express | -1,250.00 | -77,841.23 |
| Bill Pmt -Check | 11/13/2018 | 11142 | Verizon Wireless | | 20000 · Accounts Payable | -1,199.38 | -46,034.29 |
| Check | 02/08/2019 | ach | Highway Use Tax | 3rd Q | Licenses & Permits | -1,152.87 | -21,925.88 |
| Bill Pmt -Check | 01/09/2019 | 10525 | Verizon Wireless | | 20000 · Accounts Payable | -1,114.93 | -45,561.37 |
| Bill Pmt -Check | 01/02/2019 | 11211 | Atlantic States Lubricants | | 20000 · Accounts Payable | -1,112.46 | -65,480.27 |
| Check | 01/11/2019 | ach | CSU Producer Resources | confirm #407773398 | 31400 · Shareholder Distributions | -1,047.42 | -19,947.30 |
| Check | 02/08/2019 | ach | Highway Use Tax | 4th Q | Licenses & Permits | -1,029.67 | -34,270.51 |
| Check | 11/19/2018 | ach | American Express | | American Express | -1,000.00 | -162,373.46 |
| Check | 11/27/2018 | ach | The Westchester Bank | | Line of Credit | -1,000.00 | -124,653.62 |
| Check | 11/14/2018 | ach | American Express | | American Express | -1,000.00 | -111,570.81 |
| Check | 12/02/2018 | 10761 | EMMC Properties | December 2018 rent | 67100 · Rent Expense | -1,000.00 | -87,851.58 |
| Check | 01/24/2019 | ach | The Westchester Bank | | Line of Credit 3 | -1,000.00 | -80,423.96 |
| Check | 01/22/2019 | ach | American Express | | American Express | -1,000.00 | -72,870.04 |
| Check | 01/02/2019 | 10732 | EMMC Properties | January 2019 rent | 67100 · Rent Expense | -1,000.00 | -66,480.27 |
| Check | 12/12/2018 | ach | American Express | | American Express | -1,000.00 | -60,244.46 |
| Check | 11/14/2018 | ach | The Westchester Bank | | Line of Credit | -1,000.00 | -59,318.50 |
| Check | 12/14/2018 | ach | American Express | | American Express | -1,000.00 | -48,898.30 |
| Check | 12/14/2018 | ach | American Express | | American Express | -1,000.00 | -47,898.30 |
| Check | 01/09/2019 | ach | American Express | | American Express | -1,000.00 | -34,259.59 |
| Check | 12/21/2018 | 10746 | Peter Ligouri | | 1099 Ligouri | -1,000.00 | -32,463.35 |

| Type | Date | Num | Name | Memo | Account | Amount | Balance |
|---|---|---|---|---|---|---|---|
| Check | 02/08/2019 | ach | American Express | | American Express | -1,000.00 | -21,753.28 |
| Check | 01/16/2019 | ach | American Express | | American Express | -1,000.00 | -10,615.89 |
| Check | 01/23/2019 | 10718 | Peter Ligouri | | 1099 Liguori | -1,000.00 | 15,840.04 |
| Bill Pmt -Check | 12/05/2018 | 11175 | One Stop Hose & Hydraulics, LLC | | 20000 · Accounts Payable | -942.86 | -107,366.58 |
| Check | 12/12/2018 | 10747 | Travelers Insurance | Mauro policy #HO687262; acct #7517T4214 | 1099 · Mauro | -924.25 | -51,192.27 |
| Check | 01/03/2019 | 10501 | Town of Eastchester | 2019 carting license renewal | Licenses & Permits | -900.00 | -72,469.27 |
| Check | 12/18/2018 | ach | American Express | | American Express | -900.00 | -50,246.00 |
| Bill Pmt -Check | 11/28/2018 | 10714 | ASAP Inc. | | 20000 · Accounts Payable | -898.42 | -135,807.58 |
| Bill Pmt -Check | 11/13/2018 | 11140 | Tech Air | | 20000 · Accounts Payable | -872.36 | -39,620.96 |
| Bill Pmt -Check | 12/05/2018 | 11171 | D B Hydraulic Equipment, Inc. | | 20000 · Accounts Payable | -863.33 | -85,574.59 |
| Bill Pmt -Check | 11/13/2018 | 11134 | Awnings N Signs | | 20000 · Accounts Payable | -825.00 | -21,344.25 |
| Bill Pmt -Check | 01/09/2019 | 10527 | Everbank Commercial Finance/TIAA | contract #20326284 | 20000 · Accounts Payable | -821.52 | -46,475.01 |
| Bill Pmt -Check | 02/05/2019 | 10550 | Everbank Commercial Finance/TIAA | contract #20326284 | 20000 · Accounts Payable | -821.52 | -26,143.12 |
| Bill Pmt -Check | 12/05/2018 | 11165 | Atlantic Hydraulics | compactor | 20000 · Accounts Payable | -780.24 | -81,823.78 |
| Check | 01/02/2019 | 10707 | Becaio Inc Window Cleaning | | 67200 · Repairs and Maintenance | -780.00 | -55,767.93 |
| Check | 12/28/2018 | 10735 | Town of Greenburgh | sanitation vehicle licenses | Licenses & Permits | -750.00 | -58,750.76 |
| Check | 12/06/2018 | 11185 | Chrysler Capital | account #8278184 | 31400 · Shareholder Distributions | -730.00 | -95,024.60 |
| Check | 01/07/2019 | 10510 | Chrysler Capital | account #8278184 | 31400 · Shareholder Distributions | -730.00 | -2,377.86 |
| General Journal | 12/11/2018 | 12-11-2018 | | returned deposited item - BK Soul Food check #1093 deposited 12/7/18 | 11520 · Accounts Receivable | -707.00 | -44,870.62 |
| General Journal | 11/30/2018 | 11-30-2018 | | returned deposited item - Northwind Kennel check #1920 deposited 11/27/18 | 11520 · Accounts Receivable | -695.79 | -90,167.36 |
| Bill Pmt -Check | 11/13/2018 | 11135 | Climax Parts Inc. | | 20000 · Accounts Payable | -661.09 | -22,005.34 |
| Check | 12/28/2018 | 10737 | Town/Village of Harrison | renewal | Licenses & Permits | -650.00 | -58,000.76 |
| Bill Pmt -Check | 12/05/2018 | 11164 | American Hose | | 20000 · Accounts Payable | -629.28 | -81,043.54 |
| Check | 12/24/2018 | ach | American Express | | American Express | -600.00 | -89,056.10 |
| Bill Pmt -Check | 12/05/2018 | 11173 | Goosetown Communications | contract #1398 | 20000 · Accounts Payable | -579.83 | -106,164.72 |
| Bill Pmt -Check | 01/04/2019 | 10506 | Goosetown Communications | contract #1398 | 20000 · Accounts Payable | -579.83 | -82,815.84 |
| Bill Pmt -Check | 01/09/2019 | 10521 | Goosetown Communications | contract #1398 | 20000 · Accounts Payable | -579.83 | -43,807.48 |
| Bill Pmt -Check | 11/13/2018 | 11138 | Goosetown Communications | contract #1398 | 20000 · Accounts Payable | -579.83 | -38,571.07 |
| Check | 12/06/2018 | ach | American Express | | American Express | -516.00 | -130,109.24 |
| Check | 11/29/2018 | 10715 | JTL USA | gloves | Uniforms | -504.00 | -99,847.51 |
| Check | 12/01/2018 | 10755 | Sal Pansarella | | 67200 · Repairs and Maintenance | -500.00 | -86,851.58 |
| Check | 11/29/2018 | ach | American Express | | American Express | -500.00 | -75,043.51 |
| General Journal | 12/04/2018 | 12-04-2018 | | credit card chargeback - Narain | 11520 · Accounts Receivable | -498.34 | -84,232.70 |
| Check | 12/24/2018 | ach | American Express | | American Express | -492.75 | -88,456.10 |
| Bill Pmt -Check | 11/13/2018 | 11137 | D B Hydraulic Equipment, Inc. | | 20000 · Accounts Payable | -475.87 | -37,991.24 |
| Bill Pmt -Check | 11/13/2018 | 11151 | Colby Attorney Service Co | | 20000 · Accounts Payable | -465.00 | -64,751.68 |
| Bill Pmt -Check | 12/27/2018 | 10742 | ASAP Inc. | | 20000 · Accounts Payable | -459.56 | -59,752.00 |
| Check | 02/08/2019 | ach | American Express | | American Express | -432.00 | -34,702.51 |
| Bill Pmt -Check | 01/09/2019 | 10522 | Mt. Kisco Truck & Auto Parts | | 20000 · Accounts Payable | -420.49 | -44,227.97 |
| Bill Pmt -Check | 12/05/2018 | 11168 | Climax Parts Inc. | | 20000 · Accounts Payable | -417.93 | -84,634.30 |
| Check | 01/15/2019 | ach | American Express | | American Express | -411.08 | -46,729.22 |
| Bill Pmt -Check | 12/21/2018 | ach | ECSI America | | 20000 · Accounts Payable | -400.00 | -124,433.94 |
| Check | 12/17/2018 | ach | American Express | | American Express | -395.48 | -92,200.24 |
| Check | 01/11/2019 | ach | CSU Producer Resources | confirm #407775370 | 31400 · Shareholder Distributions | -372.47 | -20,319.77 |
| Bill Pmt -Check | 01/09/2019 | 10515 | Climax Parts Inc. | | 20000 · Accounts Payable | -368.54 | -13,507.91 |
| General Journal | 12/11/2018 | 12-11-2018 | | returned deposited item - BK Soul Food check #1095 deposited 12/7/18 | 11520 · Accounts Receivable | -353.84 | -45,234.46 |
| Bill Pmt -Check | 11/13/2018 | 11143 | Vincent Service Station Inc. | | 20000 · Accounts Payable | -322.14 | -46,356.43 |
| Check | 11/14/2018 | ach | American Express | | American Express | -304.88 | -110,570.81 |
| Bill Pmt -Check | 01/09/2019 | 10528 | New Horizon Communications | account #53095 | 20000 · Accounts Payable | -303.69 | -46,778.70 |
| Bill Pmt -Check | 12/05/2018 | 11177 | Staples | | 20000 · Accounts Payable | -303.68 | -107,727.96 |
| Bill Pmt -Check | 12/17/2018 | 11195 | New Horizon Communications | account #53095 | 20000 · Accounts Payable | -303.51 | -92,177.93 |
| Bill Pmt -Check | 11/13/2018 | 11149 | New Horizon Communications | account #53095 | 20000 · Accounts Payable | -303.51 | -64,286.68 |
| Bill Pmt -Check | 02/11/2019 | 10561 | Staples | | 20000 · Accounts Payable | -301.64 | -30,136.41 |
| Check | 11/29/2018 | ach | American Express | | American Express | -300.00 | -75,343.51 |
| Check | 11/30/2018 | ach | The Westchester Bank | | Line of Credit | -298.86 | -89,471.57 |
| Bill Pmt -Check | 12/05/2018 | 11174 | Mt. Kisco Truck & Auto Parts | | 20000 · Accounts Payable | -259.00 | -106,423.72 |
| Check | 11/30/2018 | 10764 | Solid Waste Commission | FOIA | Fees | -255.50 | -86,351.58 |
| Check | 12/28/2018 | 10739 | Town of Bedford | renewal | Licenses & Permits | -250.00 | -59,000.76 |
| Bill Pmt -Check | 11/13/2018 | 11131 | Verizon 914-665-5417 | acct #914 665 5417 652 697 | 20000 · Accounts Payable | -219.22 | -51,257.16 |
| Bill Pmt -Check | 12/05/2018 | 11182 | Verizon 914-665-5417 | acct #914 665 5417 652 697 | 20000 · Accounts Payable | -218.55 | -120,427.79 |
| Bill Pmt -Check | 01/09/2019 | 10524 | Verizon 914-665-5417 | acct #914 665 5417 652 697 | 20000 · Accounts Payable | -218.47 | -44,446.44 |
| Bill Pmt -Check | 01/07/2019 | ach | Deluxe | | 20000 · Accounts Payable | -210.99 | -45,475.11 |
| Bill Pmt -Check | 12/14/2018 | 11194 | Optimum | account #07869-964879-04-9 | 20000 · Accounts Payable | -201.14 | -56,890.03 |
| Bill Pmt -Check | 11/15/2018 | 11153 | Optimum | account #07869-964879-04-9 | 20000 · Accounts Payable | -201.14 | -52,173.81 |

| Type | Date | Num | Name | Memo | Account | Amount | Balance |
|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 01/15/2019 | 10533 | Optimum | account #07869-964879-04-9 | 20000 · Accounts Payable | -201.14 | -46,318.14 |
| Check | 12/14/2018 | 11192 | EZ Pass NY | #T011832442377, #T011837541885, #T011837945590 | -SPLIT- | -190.00 | -56,662.89 |
| Bill Pmt -Check | 11/13/2018 | 11139 | Mt. Kisco Truck & Auto Parts | | 20000 · Accounts Payable | -177.53 | -38,748.60 |
| Bill Pmt -Check | 01/16/2019 | 10536 | Concorde Inc | | 20000 · Accounts Payable | -164.90 | -10,783.29 |
| Check | 12/27/2018 | 10743 | County of Westchester | FOIA | 7604 · Legal Fees | -145.50 | -59,292.44 |
| Bill Pmt -Check | 01/09/2019 | 10518 | D B Hydraulic Equipment, Inc. | | 20000 · Accounts Payable | -139.70 | -13,724.57 |
| Bill Pmt -Check | 12/31/2018 | 11206 | Tolls By Mail | bill #17118544481 | 20000 · Accounts Payable | -122.00 | -58,410.08 |
| Bill Pmt -Check | 12/14/2018 | 11190 | UPS | | 20000 · Accounts Payable | -115.97 | -52,014.27 |
| Bill Pmt -Check | 01/04/2019 | 10504 | Staples | | 20000 · Accounts Payable | -115.39 | -80,536.01 |
| Bill Pmt -Check | 01/15/2019 | 10534 | UPS | | 20000 · Accounts Payable | -111.76 | -57,350.98 |
| Bill Pmt -Check | 12/05/2018 | 11180 | Toyota Financial Services | Pmt# 47 | 20000 · Accounts Payable | -107.46 | -120,209.24 |
| Bill Pmt -Check | 12/04/2018 | 10768 | Con Edsion | acct #55-5717-0065-0005-0 | 20000 · Accounts Payable | -107.11 | -78,785.00 |
| Bill Pmt -Check | 01/04/2019 | 10503 | Con Edsion | acct #55-5717-0065-0005-0 | 20000 · Accounts Payable | -104.06 | -80,420.62 |
| Bill Pmt -Check | 02/04/2019 | 10548 | Con Edsion | acct #55-5717-0065-0005-0 | 20000 · Accounts Payable | -100.93 | -26,068.22 |
| Check | 12/10/2018 | 10758 | Humane Society | | Donation | -100.00 | -70,300.53 |
| Bill Pmt -Check | 01/09/2019 | 10526 | Westchester Waste Oil | | 20000 · Accounts Payable | -92.12 | -45,653.49 |
| Bill Pmt -Check | 11/15/2018 | 11155 | UPS | | 20000 · Accounts Payable | -90.86 | -102,321.04 |
| Check | 01/02/2019 | 10731 | Sunbelt Landowners Assoc. Inc. | dues subscription | dues & Subscriptions | -89.00 | -66,569.27 |
| Check | 12/17/2018 | 10757 | Idemia | | 64900 · Office Supplies | -87.00 | -49,346.00 |
| General Journal | 12/31/2018 | 12-31-2018 | | | 60180 · Bank Service Charges | -81.00 | -51,958.75 |
| Bill Pmt -Check | 12/05/2018 | 11170 | Concorde Inc | | 20000 · Accounts Payable | -76.96 | -84,711.26 |
| Bill Pmt -Check | 01/09/2019 | 10517 | Concorde Inc | | 20000 · Accounts Payable | -76.96 | -13,584.87 |
| General Journal | 11/30/2018 | | | | 60180 · Bank Service Charges | -72.00 | -89,678.58 |
| Bill Pmt -Check | 01/23/2019 | 10539 | Superior Computer Services | | 20000 · Accounts Payable | -71.37 | -51,503.73 |
| Bill Pmt -Check | 11/26/2018 | 10711 | City of Yonkers Red Light | PVB ticket #RL1800825377 | 20000 · Accounts Payable | -65.00 | -174,399.98 |
| Bill Pmt -Check | 12/10/2018 | 11187 | City of Yonkers Red Light | PVB ticket #RL1800849757 | 20000 · Accounts Payable | -65.00 | -93,594.67 |
| Bill Pmt -Check | 12/04/2018 | 11163 | City of Yonkers Red Light | PVB ticket #RL1800825377 | 20000 · Accounts Payable | -65.00 | -80,014.57 |
| Bill Pmt -Check | 12/26/2018 | 11203 | City of Yonkers Red Light | PVB ticket #RL1800849757 | 20000 · Accounts Payable | -65.00 | -79,218.32 |
| Check | 12/28/2018 | 10740 | County of Westchester | FOIA | 7604 · Legal Fees | -65.00 | -57,350.76 |
| Check | 01/18/2019 | 10720 | NYS Dept. of State | | 31400 · Shareholder Distributions | -60.00 | -49,202.43 |
| Check | 01/18/2019 | 10719 | NYS Dept. of State | | 31400 · Shareholder Distributions | -60.00 | -49,142.43 |
| General Journal | 01/31/2019 | 1-31-2019 | | | 60180 · Bank Service Charges | -58.50 | -69,877.44 |
| Bill Pmt -Check | 12/05/2018 | 11176 | Pure Spring Water Corp | | 20000 · Accounts Payable | -57.70 | -107,424.28 |
| Check | 11/13/2018 | ach | American Express | | American Express | -57.05 | -39,790.73 |
| Bill Pmt -Check | 11/15/2018 | 11154 | Superior Computer Services | | 20000 · Accounts Payable | -56.37 | -102,230.18 |
| Bill Pmt -Check | 12/18/2018 | 11196 | Superior Computer Services | | 20000 · Accounts Payable | -56.37 | -66,151.14 |
| Bill Pmt -Check | 11/20/2018 | 11158 | City of Mount Vernon Traffic Safety | notice #4401800180388 | 20000 · Accounts Payable | -50.00 | -136,388.75 |
| Bill Pmt -Check | 11/13/2018 | 11130 | City of Mount Vernon Traffic Safety | notice #4401800162899 | 20000 · Accounts Payable | -50.00 | -51,037.94 |
| Bill Pmt -Check | 02/11/2019 | 10560 | City of Mount Vernon Traffic Safety | notice #4401900007747 | 20000 · Accounts Payable | -50.00 | -29,834.77 |
| Bill Pmt -Check | 01/07/2019 | 10508 | City of New Rochelle Red Light | notice #NR137079427 | 20000 · Accounts Payable | -50.00 | 3,237.14 |
| Bill Pmt -Check | 11/26/2018 | 10710 | Tolls By Mail | bill #17175517695 | 20000 · Accounts Payable | -43.50 | -174,334.98 |
| General Journal | 11/21/2018 | 11-21-2018 | | | 60180 · Bank Service Charges | -35.00 | -139,907.54 |
| General Journal | 11/20/2018 | 11-20-2018 | | | 60180 · Bank Service Charges | -35.00 | -136,087.00 |
| General Journal | 12/07/2018 | 12-07-2018 | | | 60180 · Bank Service Charges | -35.00 | -95,094.60 |
| General Journal | 12/06/2018 | 12-06-2018 | | | 60180 · Bank Service Charges | -35.00 | -95,059.60 |
| General Journal | 01/04/2019 | 01-04-2019 | | | 60180 · Bank Service Charges | -35.00 | -71,218.77 |
| General Journal | 01/03/2019 | 01-03-2019 | | | 60180 · Bank Service Charges | -35.00 | -71,183.77 |
| General Journal | 01/31/2019 | 01-31-2019 | | | 60180 · Bank Service Charges | -35.00 | -59,475.86 |
| General Journal | 01/07/2019 | 01-07-2019 | | | 60180 · Bank Service Charges | -35.00 | -45,264.12 |
| Bill Pmt -Check | 01/25/2019 | 10543 | Tolls By Mail | bill #17247935915 | 20000 · Accounts Payable | -31.50 | -96,278.86 |
| Check | 01/22/2019 | ach | American Express | | American Express | -30.00 | -50,970.04 |
| Check | 11/29/2018 | ach | American Express | | American Express | -27.08 | -74,543.51 |
| Check | 12/14/2018 | 11193 | EZ Pass NY | #T011837535036-00001 & -00003 | Tolls | -26.00 | -56,688.89 |
| Check | 11/19/2018 | 11157 | EZ Pass NY | #T011834243509-00002 & - 00005 | Tolls | -22.25 | -176,139.70 |
| Check | 11/26/2018 | 10712 | EZ Pass NY | #T011834963917-00002 & - 00003 | Tolls | -22.25 | -174,422.23 |
| Bill Pmt -Check | 02/11/2019 | 10559 | NYS Dept. of Finance & Taxation | assessment #L-049450755-9 | 20000 · Accounts Payable | -16.03 | -29,784.77 |
| Check | 12/21/2018 | 11201 | EZ Pass NY | #T011839184542 | Tolls | -13.00 | -117,609.94 |
| Check | 12/31/2018 | 11208 | EZ Pass NY | #T011840041856 | Tolls | -13.00 | -58,423.08 |
| Check | 12/12/2018 | 11188 | EZ Pass NY | #T011837030482 | Tolls | -13.00 | -50,268.02 |
| General Journal | 11/30/2018 | 11-30-2018 | | returned deposited fee | 11520 · Accounts Receivable | -10.00 | -90,177.36 |
| General Journal | 12/20/2018 | 12-20-2018 | | returned deposited fee | 11520 · Accounts Receivable | -10.00 | -75,882.67 |
| General Journal | 01/15/2019 | 01-15-2019 | | returned deposited fee | 11520 · Accounts Receivable | -10.00 | -57,239.22 |
| General Journal | 12/11/2018 | 12-11-2018 | | returned deposited fee | 11520 · Accounts Receivable | -10.00 | -45,244.46 |
| General Journal | 12/11/2018 | 12-11-2018 | | returned deposited fee | 11520 · Accounts Receivable | -10.00 | -44,880.62 |

| Bill Pmt -Check | 01/11/2019 | 10531 | NLRB | NLRB-2019-000252 | 20000 · Accounts Payable | -9.25 | -36,048.81 |
| Bill Pmt -Check | 01/16/2019 | 10535 | Tolls By Mail | bill #17242289664 | 20000 · Accounts Payable | -2.50 | -10,618.39 |